| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br><br>DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Joshua Tours Limited Liability Company** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3999686** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **183 Autumn Street**<br>**Passaic, NJ 07055-3213**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Passaic**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **https://www.joshuaschoolbus.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Joshua Tours Limited Liability Company**                              Case number (*if known*) _____
     Name

---

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4854**

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor    **Joshua Tours Limited Liability Company**                    Case number (*if known*) _____
          _____
          Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Joshua Tours Limited Liability Company**
_____
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2026**
MM / DD / YYYY

**X** **/s/ Steven A. San Filippo**
_____
Signature of authorized representative of debtor

**Steven A. San Filippo**
_____
Printed name

Title   **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ Brett S. Moore**
_____
Signature of attorney for debtor

Date **April 15, 2026**
MM / DD / YYYY

**Brett S. Moore**
_____
Printed name

**Porzio, Bromberg & Newman, P.C.**
_____
Firm name

**5 Sylvan Way, Suite 110**
**Parsippany, NJ 07054**
_____
Number, Street, City, State & ZIP Code

Contact phone   **212.265.6888**      Email address   **Bsmoore@pbnlaw.com**

**017412000 NJ**
_____
Bar number and State

---

**UNANIMOUS WRITTEN CONSENT
OF
THE MEMBERS
OF
JOUSHUA TOURS LIMITED LIABILITY COMPANY**

The undersigned, being all of the members of JOSHUA TOURS LIMITED LIABILITY COMPANY, a New Jersey limited liability company (the **"Company"**), acting by written consent without a meeting, do hereby unanimously consent to the adoption of the following resolutions as of April 14, 2026, and direct that this consent be filed with the minutes of the proceedings of the Company:

**WHEREAS**, the members of the Company have considered the financial and operational aspects of the Company's business, and has evaluated the Company's alternatives in connection with a possible restructuring;

**NOW THEREFORE LET IT BE:**

**RESOLVED**, that there is hereby created a new office of the Company with the title of Chief Restructuring Officer (**"CRO"**), that Steven A. San Filippo, CTP, is appointed by the Members as CRO of the Company, and that the CRO shall have plenary authority over all actions of the Company in connection with executive and advisory services customarily provided by a chief restructuring officer and such other duties as reasonably requested by the Company, including the following: (a) providing executive leadership and problem solving for the full range of the Company's needs; (b) being accountable for the administrative, financial, and risk management operations of the Company, to include the development of a financial and operational strategy, metrics tied to that strategy, and the ongoing development and monitoring of control systems designed to preserve Company assets and report accurate financial results; (c) developing, proposing, and where possible, implementing plans to address issues now confronting the Company and its stakeholders; (d) reviewing and assessing the positions and interests of the current stakeholders, and assist with communications to key stakeholders including the secured lender, other lienholders, unsecured creditors, and employees; (e) developing a plan of reorganization and assess various strategic alternatives to maximize value; (f) leading contingency planning efforts for a potential bankruptcy filing and aid in the completion of bankruptcy tasks and reporting requirements should a bankruptcy occur; and (g) providing such other similar services as may be requested by the Company;

**RESOLVED**, that the Engagement Letter Agreement between Steven A. San Filippo, CTP and the Company, dated February 13, 2026, is hereby approved and adopted;

**RESOLVED**, that in the judgment of the members, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code"**);

**RESOLVED**, that the Company shall be, and it hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy

1

10230143

Court for the District of New Jersey or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

**RESOLVED**, that the Chief Restructuring Officer, Steven A. San Filippo, Henry Navarro and Doraliza Navarro (collectively, the "**Authorized Officers**" of the Company) be, and each them individually hereby is, authorized and empowered to do and perform or cause to be done and performed all such acts, deeds and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, motions, papers, instruments or certificates in the name of the Company and to retain such counsel, agents and advisors and to incur and pay such expenses, fees and taxes as shall, in the opinion of the Company executing the same, be deemed necessary or advisable (such necessity or advisability to be conclusively evidenced by the execution thereof) to effectuate or carry out fully the purpose and interest of all of the foregoing resolutions; and that any and all such actions heretofore or hereafter taken by the Authorized Officers relating to and within the terms of these resolutions be, and they hereby are, adopted, affirmed, approved and ratified in all respects as the act and deed of the Company; and

**RESOLVED**, that the Authorized Officers shall be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, delivery, verify and file petitions, schedules, lists, motions, and other papers or documents in the United States Bankruptcy Court for the District of New Jersey to commence a case under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable or proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case at such time as said officer executing the same shall determine; and it was further

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, and empowered to retain the law firm of Porzio Bromberg & Newman, PC ("**Porzio**") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porzio;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized and empowered to employ and retain any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

2

10230143

**RESOLVED**, that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized, empowered and directed on behalf of the Company to take any and all actions, negotiate, finalize, execute, certify, deliver, file and/or record and perform any and all documents, agreements, instruments, motions, pleadings, schedules, affidavits, certificates, applications for approvals, rulings of governmental or regulatory authorities and other papers, and to take and perform any and all further acts and deeds which they, in their sole discretion, deem necessary, proper, or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 proceeding, such discretion to be conclusively evidenced by the filing thereof or the taking or performance of such action; and

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or director of the Company in the name and on behalf of the Company in furtherance of the purpose or intent of any or all of the preceding resolutions be, and hereby are, ratified, confirmed and approved in all respects.

This Unanimous Written Consent may be signed in two or more counterparts, each of which shall be deemed an original, and all of which shall be deemed one instrument.

[The remainder of this page is intentionally blank]

3

10230143

IN WITNESS WHEREOF, the undersigned members have duly executed this Unanimous Written Consent as of the date first above written.

**MEMBERS**

Doraliza Navarro

Henry Navarro

10230143

Fill in this information to identify the case:

Debtor name   **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Auto Parts 261 Clifton Avenue, Suite 10 Clifton, NJ 07011** | | **Vendor** | | | | **$2,345.79** |
| **Ali Newaj ATTN: Ihan A. Ibrahim, Esq. Inbrahim Law Firm LLC 910 Bergen Avenue, Suite 203 Jersey City, NJ 07306** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Ameris Bank Attn: Neal S. Salisian, Esq. Salisian Lee LLP 550 South Hope St, Suite 750 Los Angeles, CA 90071** | | **Judgment** | | | | **$543,789.49** |
| **Atlantic Coast Surety LLC 1200 MacArthur Blvd., St 302A Mahwah, NJ 07430** | | **Vendor** | | | | **$54,370.00** |
| **Borrowers Heaven.com LLC 349 Applegarth Road, St 4 Monroe Township, NJ 08831** | | **Judgment** | | | | **$45,000.00** |

| Debtor | **Joshua Tours Limited Liability Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Felix Colon ATTN: Steve D. Byoun, Esq. The Law Offices of Fusco & Macaluso, P.C 150 Passaic Avenue Passaic, NJ 07055** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **First Student, Inc. 191 Rosa Parks Street, 8th Floor Cincinnati, OH 45202** | | **Vendor** | | | | **$103,173.00** |
| **Fuel 5 1045 Main Avenue Clifton, NJ 07011** | | **Vendor** | | | | **$6,733.41** |
| **Intuit Financing Inc. QuickBooks Loan Customer Service PO Box 84210 Sioux Falls, SD 57118** | | **PPP Loan** | | | | **$103,173.00** |
| **Lissette Medina ATTN: James Vasquez, Esq. The Law Offices of James Vasquez, P.C. 970 Clifton Avenue Clifton, NJ 07013** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **LM Insurance Corporation 175 Berkeley Street Boston, MA 02116** | | **Judgment** | | | | **$45,644.00** |
| **Maurice Wilson 200 8th Avenue Paterson, NJ 07514** | | **Judgment** | | | | **$45,000.00** |
| **Model 1 Commercial Vehicles 2 Gowin Street Sayreville, NJ 08872** | | **Vendor** | | | | **$14,622.24** |
| **NJ Division of Taxation Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245** | | **Judgment** | | | | **$2,331.60** |

Debtor   **Joshua Tours Limited Liability Company**                Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Petrucelli, Piotrowski & Co., Inc.**<br>**263 Main Street**<br>**Woodbridge, NJ 07095** | | **Legal Fees** | | | | **$2,575.00** |
| **Plumeria Accord Holdings, LLC**<br>**2711 N. Sepulveda Blvd., #248**<br>**Manhattan Beach, CA 90266** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Progressive Garden State Insurance**<br>**ATTN: Stacy F. Plotz Maza, Esq.**<br>**Law Offices of Jan Meyer & Associates**<br>**1029 Teaneck Road, 2nd Fl**<br>**Teaneck, NJ 07666** | | **Judgment** | | | | **$4,669.31** |
| **Rosemeli Arroyo Almonte**<br>**ATTN: Amy L. Peterson, Esq.**<br>**Amy L. Peterson, P.C. Law Offices**<br>**128 Passaic Avenue**<br>**Passaic, NJ 07055** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Wells Fargo Bank, N.A.**<br>**600 South 4th Street**<br>**MAC N9300-100**<br>**Minneapolis, MN 55415** | | **PPP Loan** | | | | **$75,055.61** |
| | | | | | | |

## United States Bankruptcy Court
### District of New Jersey

In re   **Joshua Tours Limited Liability Company**                              Case No. _____
                                    Debtor(s)                    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 15, 2026** _____          **/s/ Steven A. San Filippo** _____
                                                    **Steven A. San Filippo**/**Chief Restructuring Officer**
                                                    Signer/Title

183 AUTUMN PASSAIC LLC
183 AUTUMN STREET
PASSAIC, NJ 07055

189 CENTRAL PASSAIC LLC
189 CENTRAL STREET
PASSAIC, NJ 07055

ABRAHAM HERNANDEZ-ARVELO
280 GREGORY AVE. APT. 304
PASSAIC, NJ 07055

ADRIANA LIRA ROJAS
457 MADELINE AVE
GARFIELD, NJ 07026

ADVANCED AUTO PARTS
261 CLIFTON AVENUE, SUITE 10
CLIFTON, NJ 07011

ALBERTO SANDOVAL
75 SPRING STREET 2ND FLOOR
PASSAIC, NJ 07055

ALEJANDRA MARTINEZ
45 VALLEY DR
WOODLAND PARK, NJ 07424

ALEXA HERNANDEZ
15 5TH STREET
PASSAIC, NJ 07055

ALEXIS F BARRERA RESTREPO
125 TERRACE AVE
HASBROUCK HTS, NJ 07604

ALI NEWAJ
ATTN: IHAN A. IBRAHIM, ESQ.
INBRAHIM LAW FIRM LLC
910 BERGEN AVENUE, SUITE 203
JERSEY CITY, NJ 07306

ALICIA GALAVIS
59 PAULISON AVE
PASSAIC, NJ 07055

ALIDA RODRIGUEZ VALLEJO
166 GROVE STREET AVENUE APT. 2
PASSAIC, NJ 07055

AMERICA JEREZ DE SARITA
12 KRUEGER PLACE
PASSAIC, NJ 07055

AMERICA RODRIGUEZ
10 DIANNE CT
CLIFTON, NJ 07011

AMERICAN EXPRESS BUSINESS GOLD
PO BOX 96001
LOS ANGELES, CA 90096-8000

AMERIS BANK
ATTN: NEAL S. SALISIAN, ESQ.
SALISIAN LEE LLP
550 SOUTH HOPE ST, SUITE 750
LOS ANGELES, CA 90071

ANA ALBA
225 EAST 21 ST
PATERSON, NJ 07513

ANA GONZALEZ GARCIA
126 ACKERMAN AVE
CLIFTON, NJ 07011

ANA HILDA MORETA
181 PARKER AVENUE APT. 8
PASSAIC, NJ 07055

ANA JIMENEZ NUNEZ
2 GRACE AVE
CLIFTON, NJ 07011

ANA VARGAS BONILLA
27 E MONROE ST APT 9
PASSAIC, NJ 07055

ANA VELIZ PERDOMO DE ZAPATA
255 GOVERNER STREET
PATERSON, NJ 07501

ANA YISETTE FERNANDEZ
135 N 8TH ST
PATERSON, NJ 07522-1206

ANABEL MAGAN
43 DURANT AVE
CLIFTON, NJ 07011

ANASHLEE J ALVARADO
35 SEARS PLACE
CLIFTON, NJ 07011

ANASTASIA L CARDONA
380 HOWE AVE APT 2
PASSAIC, NJ 07055

ANDERSON HINKINS
ATTN: NEDIHA HADZIKADUNIC, ESQ.
881 BAXTER DRIVE
SOUTH JORDAN, UT 84095

ANDRES D RAMOS
307 E 24TH ST
PATERSON, NJ 07514-0751

ANDREW SAENZ
200 CENTRAL AVE
PASSAIC, NJ 07055

ANGEL H REYES GUZMAN
22 BERGEN AVE
CLIFTON, NJ 07055

ANGEL MARTE-FELIZ
93 HAMMOND AVENUE APT. 1
PASSAIC, NJ 07055

ANNI E PINA GARCIA
126 ACKERMAN AVE
CLIFTON, NJ 07011

ARABELLA OBERTO
106-108 HOWE AVE
PASSAIC, NJ 07055

ARABELY GONZALEZ
109 PENNINGTON AVENUE
PASSAIC, NJ 07055

ARANZAZU A ESCOBAR-ROZO
33 SISCO PLACE
CLIFTON, NJ 07011

ARGIMEDES ALMONTE
183 AUTUMN STREET
PASSAIC, NJ 07055

ARQUIMEDES ALMONTE DURAN
139 REDWOOD AVENUE
PATERSON, NJ 07522

ASCENTIUM CAPITAL
ATTN: STEPHANIE EILAND
23970 HIGHWAY 59 NORTH KINGWOOD
KINGWOOD, TX 77339-1535

ATLANTIC COAST SURETY LLC
1200 MACARTHUR BLVD., ST 302A
MAHWAH, NJ 07430

AWILDA GARCIA MARTINEZ
5 MYRTLE AVE
PASSAIC, NJ 07055

BALBINA D RODRIGUEZ-DEJAQUE
2A HUDSON STREET
PASSAIC, NJ 07055

BALBOA CAPITAL
ATTN: JAY LEAL
575 ANTON BLVD, SUITE 1080
COSTA MESA, CA 92626

BELKI MOLINA
109 PENNINGTON AVENUE APT. 1
PASSAIC, NJ 07055

BERENICE E MELICAN
10 POWELL AVE
ROCHELLE PARK, NJ 07662

BERGEN COUNTY REGION V COUNCIL
FOR SPECIAL EDUCATION
220 JEFFERSON AVENUE
TOWNSHIP OF WASHINGTON, NJ 07676

BERTHA RIVAS
113 BLAINE STREET FL. 2
PASSAIC, NJ 07055

BETHANIA A PICHARDO
212 CENTRAL AVE
PASSAIC, NJ 07055

BMO HARRIS BANK, N.A.
ATTN: MARISSA DEFORD
PO BOX 3040
CEDAR RAPIDS, IA 52406

BORROWERS HEAVEN.COM LLC
349 APPLEGARTH ROAD, ST 4
MONROE TOWNSHIP, NJ 08831

BOYS AND GIRLS CLUB OF PASSAIC & PATERSO
264 21ST AVENUE
PATERSON, NJ 07501

BRAYAD S CRUZ LOPEZ
308 HAMILTON AVE
PATERSON, NJ 07501

BRENA A POLONIA DE MEJIA
309 OAK ST #1
PASSAIC, NJ 07055

BRENDA H GARCIA
56 SEGER AVE.
CLIFTON, NJ 07011

BRINALDY A GENAO-SIERRA
40 MORRIS STREET APT. 101
PASSAIC, NJ 07055

BYRON OSORTO
98 GRAND STREET
PASSAIC, NJ 07055

CAITLYN MINIER
336 TRENTON AVE
PATERSON, NJ 07503

CARLITA BELEN-SEVERINO
400 RIVER DR
PASSAIC, NJ 07055

CARLOS A LUQUE
366 PAXTON STREET
PATERSON, NJ 07503

CARLOS ALFREDO MARTE
177 SPRING STREET
PASSAIC, NJ 07055

CARMEN DE LOS ANGELES RODRIGUEZ MEDRANO
925 E 26TH STREET
PATERSON, NJ 07513

CARMEN ESPINAL JIMINIAN
160 HOPE AVE FL 1
PASSAIC, NJ 07055

CARMEN RODRIGUEZ
54 KNICKERBOCKER AVE
PATERSON, NJ 07503

CAROL S. PEREZ
27 ORANGE AVENUE
CLIFTON, NJ 07013

CELSA LOPEZ
65 ARTHUR ST
CLIFTON, NJ 07011

CHARLEME BATISTA FERREIRA
875 MAIN AVE APT 4
PASSAIC, NJ 07055

CHRYSTAL TRANSPORTATION LIMITED LIABILIT
204 MYRTLE AVENUE
PASSAIC, NJ 07055

CLIFFSIDE PARK SCHOOL DISTRICT
64 RIVERVIEW AVE
CLIFFSIDE PARK, NJ 07010

CRESCENCIO ROSARIO
321 GREGORY AVENUE
PASSAIC, NJ 07055

CRISTINA A CORNIEL DOMINGUEZ
4-6 TULIP STREET
PASSAIC, NJ 07055

DAFELDECKER ASSOCIATES, LLC
PO BOX 603
TOMS RIVER, NJ 08753

DAVID ZULETA
267 LAKEVIEW AV`E
CLIFTON, NJ 07011

DE LEON TIRES
901 MAIN AVENUE
PASSAIC, NJ 07055

DIANA CONTRERAS
413 HARRISON STREET
PASSAIC, NJ 07055

DILENIA HERNANDEZ
405 PARK AVE
RUTHERFORD, NJ 07070

DIOSLENNY PEREZ CAMACHO
31 VAN WINKLE AVE APT 1
PASSAIC, NJ 07055

DORALIZA NAVARRO
204 MYRTLE AVENUE
PASSAIC, NJ 07055

ELCHIE MARMOLEJOS
228 PIAGET AVE
CLIFTON, NJ 07011

ELEUTERIA PLACENCIA BATISTA
53 5TH STREET
PASSAIC, NJ 07055

ELIANA M ROZO-ARIZA
33 SISCO PLACE
CLIFTON, NJ 07011

ELIZABETH VALDEZ
219 GREGORY AVENUE APT. 303
PASSAIC, NJ 07055

ELIZABETH YZAGUIERRE
510 PAULISON AVE APT. B
PASSAIC, NJ 07055

ELMWOOD PARK PUBLIC SCHOOLS
60 EAST 53RD STREET
ELMWOOD PARK, NJ 07407

ELSA CARDENAS
68 SUMMER STREET
PASSAIC, NJ 07055

ENERY C. URENA FERRERAS
395 MAIN AVE
PASSAIC, NJ 07055

ERCILIO ANTONIO DIAZ SANTOS
309 OAK ST
PASSAIC, NJ 07055

ERICK ALEXANDER GRACIANO ABREU
258 LAKEVIEW AVE
CLIFTON, NJ 07011

ESSEX REGIONAL EDUCATIONAL SERVICES COMM
333 FAIRFIELD ROAD
FAIRFIELD, NJ 07004

ESTHER Y POLONIA DE GUTIERREZ
183 AUTUMN STREET
PASSAIC, NJ 07055

ESTHER Y. MALDONADO-GUZMAN
413 HARRISON STREET
PASSAIC, NJ 07055

EVA E FEBLES-FIGUEROA
37 LUCILLE PLACE APT. 9
PASSAIC, NJ 07055

EVA PEREZ-TELOXA
958 MAIN AVE APT 7
PASSAIC, NJ 07055-6699

EVELYN CASTILLO
115 BLAINE STREET APT 2
PASSAIC, NJ 07055

FAUSTINO SARITA MARTINEZ
69 HOWE AVE
PASSAIC, NJ 07055

FELIX COLON
ATTN: STEVE D. BYOUN, ESQ.
THE LAW OFFICES OF FUSCO & MACALUSO, P.C
150 PASSAIC AVENUE
PASSAIC, NJ 07055

FIRST STUDENT, INC.
191 ROSA PARKS STREET, 8TH FLOOR
CINCINNATI, OH 45202

FRANCIA RAMIREZ
65 QUINCY STREET
PASSAIC, NJ 07055

FRANCISCO JAVIER ESCARRAMAN HERNANDEZ
512 GREGORY AVE
PASSAIC, NJ 07055

FRANCISCO M. TORREJAIMES
67 MOUNT PLEASANT AVENUE
LITTLE FALLS, NJ 07424

FRINI A DOMINICI
99 GREOGORY AVE APT B2
PASSAIC, NJ 07055

FUEL 5
1045 MAIN AVENUE
CLIFTON, NJ 07011

GENESIS M SANTANA ROJAS
35 COLUMBIA AVE
PASSAIC, NJ 07055

GIOVANA SANCHEZ
154 LEWIS ST APT 1
PATERSON, NJ 07501

GISELA CRUZ
30 B ADDISON PL
CLIFTON, NJ 07012

GISELLE ROBINSON
400 RIVER DRIVE
PASSAIC, NJ 07055

GLADYS CECILIA BLANCO TAVAREZ
100 N 5TH ST APT 2
PATERSON, NJ 07522

GLADYS GARCIA
215 GREGORY AVE
PASSAIC, NJ 07055

GRECIA ISABEL ANTONIO IBARRA
183 AUTUMN
PASSAIC, NJ 07055

GRECIA M ABREU DE VARGAS
80 TULIP STREET APT 2
PASSAIC, NJ 07055

GUADALUPE CRUZ
277 PARKER AVENUE
CLIFTON, NJ 07011

GUILLERMINA BONILLA DE ALMONTE
139 REDWOOD AVE APT 1
PATERSON, NJ 07522

GUILLERMINA PENA LOPEZ
300 NORTH 11TH STREET
PROSPECT PARK, NJ 07508

HACKENSACK SCHOOL DISTRICT
135 1ST STREET
HACKENSACK, NJ 07601

HECTOR A LEONARDO SANCHEZ
52 NAPLES AVE
BELLEVILLE, NJ 07109

HENRY A REYES
335 GREGORY AVENUE APT. 1
PASSAIC, NJ 07055

HENRY NAVARRO
204 MYRTLE AVENUE
PASSAIC, NJ 07055

HUDSON LAW OFFICES
ATTN: LAURI A. HUDSON, ESQ.
900 ROUTE 168, ST. C-2
BLACKWOOD, NJ 08012

ILIANA D. HERNANDEZ FLOREZ
195 PATERSON AVE
PATERSON, NJ 07502-1609

INELDA M CURITOMAY-SUCA
22 HARRISON PLACE
CLIFTON, NJ 07011

INGRID ALTAGRACIA MORALES
56 MONROE ST
GARFIELD, NJ 07026

INGRID DE LA CRUZ
43 HENRY ST APT 6
PASSAIC, NJ 07055

INTEGRATED VEHICLES & EQUIPMENT LEASING
734 WALT WHITMAN RD, ST 304
MELVILLE, NY 11747

INTUIT FINANCING INC.
QUICKBOOKS LOAN CUSTOMER SERVICE
PO BOX 84210
SIOUX FALLS, SD 57118

IPFS CORPORATION
3522 THOMASVILLE ROAD, ST 400
TALLAHASSEE, FL 32309

IVELISSE D CORNIEL DOMINGUEZ
4-6 TULIP ST APT 7
PASSAIC, NJ 07055

JACQUELIN LIZARDO
370 HARRISON ST
PASSAIC, NJ 07055

JACQUELINE LEON REYNOSO
137 CENTER ST
CLIFTON, NJ 07011-2052

JAIME L. REYES
372 MADISON AVE
PATERSON, NJ 07524

JARED A PEREZ
407 HIGHLAND AVE
PASSAIC, NJ 07055

JAVI REFACCIONES
100 SUMMER STREET
PASSAIC, NJ 07055

JEAN M ESTRADA
93 NORTH 17TH ST
PROSPECT PARK, NJ 07508

JENIFFER VARGAS
372 MADISON AVE FL 2
PATERSON, NJ 07524-2619

JENNIFER CANELA SANTANA
28 BROADWAY
PASSAIC, NJ 07055

JENNILY ROSELIA BELLO FIGUEREO
23 ASPEN PLACE
PASSAIC, NJ 07055

JEREMY JIMENEZ
77 PENNINGTON AVE
PASSAIC, NJ 07055

JESSICA MARGARITA DECAMPS VENTURA
24 MILL STREET
PATERSON, NJ 07501

JESUS E MEDINA
56 REDNECK AVENUE
LITTLE FERRY, NJ 07643

JIMMY A RAMADAN
21 PORTLAND AVE
CLIFTON, NJ 07011

JIOVANY FELIZ-MEDINA
93 HAMMOND AVENUE
PASSAIC, NJ 07055

JOANNE B. CARRASCO JIMENEZ
437 HARRISON STREET
PASSAIC, NJ 07055

JOHN CARLOS RODRIGUEZ
148 BURHANS AVE
PATERSON, NJ 07522

JORGE GARCIA
645 CROOKS AVENUE
CLIFTON, NJ 07011

JORGE HUERTAS
43 LAKEVIEW TERRACE
EMERSON, NJ 07630

JORGE MINAYA
131 WASHINGTON PLACE APT.L2
PASSAIC, NJ 07055

JOSE ADAN VALLEJO
84 PENNINGTON AVENUE
PASSAIC, NJ 07055

JOSE ALMONTE MEJIA
105 HOPE AVE
PASSAIC, NJ 07055

JOSE CATANO CUELLO
99 LAFAYETTE AVE 3RD FL
PASSAIC, NJ 07055

JOSE CORTAVARRIA
481 EAST 29TH STREET FL. 1
PATERSON, NJ 07514

JOSE PEREZ-CRUZ
39 HAMMOND AVENUE APT. 2
PASSAIC, NJ 07055

JOSMAIRY ALMONTE
105 HOPE AVE
PASSAIC, NJ 07055

JUAN M FLORES
135 LILY ST
PATERSON, NJ 07522

JULIANA VIZCAINO
280 N 9TH ST
PROSPECT PARK, NJ 07508

JULIO C LAMADRID
207 3RD STREET
PASSAIC, NJ 07055

KARLA GUZMAN MATA
42 FAIRVIEW AVE
EDISON, NJ 08817

KAROLYN MARTINEZ
133 NORTH 8TH STREET
PATERSON, NJ 07522

KATRINA RANGEL
277 BURGESS PLACE APT. 1
CLIFTON, NJ 07011

KEILA INOA
85 QUINCY STREET
PASSAIC, NJ 07055

KELVIN NONBERTO RODRIGUEZ
125 MAHAR AVE
CLIFTON, NJ 07011

KENIA S BAEZ VALDEZ
107 KEARNEY ST
PATERSON, NJ 07522

KENNETH J SALGADO
285 CHESTNUT APT 4
PASSAIC, NJ 07055

LEONILDA NAVARRO
204 MYRTLE AVENUE
PASSAIC, NJ 07055

LEYDI Y. CRUZ RODRIGUEZ DE MIJIA
391 E 29TH STREET
PATERSON, NJ 07514

LIDYA RIVAS SALAS
592 VAN HOUTEN
PASSAIC, NJ 07055

LILY MIYASATO
12 DELAWARE AVE
PATERSON, NJ 07503

LISMERY DURAN URQUERQUE
156 AUTUMN STREET FL. 3
PASSAIC, NJ 07055

LISSETTE MEDINA
ATTN: JAMES VASQUEZ, ESQ.
THE LAW OFFICES OF JAMES VASQUEZ, P.C.
970 CLIFTON AVENUE
CLIFTON, NJ 07013

LM INSURANCE CORPORATION
175 BERKELEY STREET
BOSTON, MA 02116

LODI SCHOOL DISTRICT
8 HUNTER STREET
LODI, NJ 07644

LORENA L. RAMIREZ
429 HARRISON STREET
PASSAIC, NJ 07055

LUANNA Y. SANCHEZ
235 SUMMER STREET APT.#1
PASSAIC, NJ 07055

LUCINDA AQUINO MIRANDA
280 NORTH 9TH STREET
PROSPECT PARK, NJ 07508

LUIS A DE ROSARIO
160 HOPE AVENUE
PASSAIC, NJ 07055

LUIS FELIPE GIRALDO
158 MERILINE AVE
WOODLAND PARK, NJ 07424

LUIS PADILLA JR
156 LIONS HEAD DR E
WAYNE, NJ 07470

LUISALBA JOSEFINA MARIA-ARACENA
76 17TH AVENUE
PATERSON, NJ 07513-1404

M2 EQUIPMENT FINANCE LLC
175 N. PARTRICK BLVD., STE 140
BROOKFIELD, WI 53045

MADELIN A JIMENEZ
568 E 39TH STREET
PATERSON, NJ 07513

MAIRELY TIBURCIO
13 PINE STREET
PASSAIC, NJ 07055

MALACHI N JEFFERSON
395 HALSEY DR
NEWARK, NJ 07102

MANUEL NUNEZ
2 SPRUCE STREET
PASSAIC, NJ 07055

MARCELO 9
308 GRAND ST,
PATERSON, NJ 07501

MARCIANA TEJEDA - VILLALONA
494 BOULEVARD
PASSAIC, NJ 07055

MARIA DEL CARMEN T BRAVO
3 SPRUCE ST
PASSAIC, NJ 07055

MARIA G FLORES
19 FEDERAL STREET
PASSAIC, NJ 07055

MARIA PAOLA DE JANON CANARTE
108 PIAGET AVNEUE
CLIFTON, NJ 07011

MARIA SARMIENTO
24 ORANGE AVENUE
CLIFTON, NJ 07013

MARIA Y MONACO DE MARCANO
200 CENTRAL AVE
PASSAIC, NJ 07055

MARIBEL A DEL ORBE DIAZ
55 KEASLER AVE
LODI, NJ 07644

MARIBEL SORIANO
218 COLUMBIA AVENUE
PASSAIC, NJ 07055

MARIO CASTRO
34 KULICK STREET
CLIFTON, NJ 07011

MARITZA CHAVEZ
1523 40TH STREET
NORTH BERGEN, NJ 07047

MARITZA CRUCETA FERNANDEZ
374 HARDING AVE FL 2
CLIFTON, NJ 07011

MARTA XOCHICALE
96 3RD STREET
PASSAIC, NJ 07055

MARTIN MORBAN
147 N 9TH STREET
PATERSON, NJ 07522

MARYAN CHAYKIVSKYY
160 LEXINGTON AVE
PASSAIC, NJ 07055

MAURICE WILSON
200 8TH AVENUE
PATERSON, NJ 07514

MCCARTER & ENGLISH
ATTN: PHILLIP S. PAVLICK, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102

MCOMBER MCOMBER & LUBER, P.C.
ATTN: CHRISTIAN V. MCOMBER, ESQ.
54 SHREWSBURY AVENUE
RED BANK, NJ 07701

MELANY RAMOS
119 BLAINE STREET APT. A
PASSAIC, NJ 07055

MELVIN J. MENDEZ RODRIGUEZ
249 THOMPON AVE
TEANECK, NJ 07666

MERCEDES GENAO-FELIX
17 DAVIDSON ST
CLIFTON, NJ 07011

METROPOLITAN COMMERICAL BANK
99 PARK AVENUE, 12TH FLOOR
NEW YORK, NY 10016

MICAELA BLANCA BELLO
45 SUMMER STREET #1
PASSAIC, NJ 07055

MICAELA TEPALE
890 MAIN AVE
PASSAIC, NJ 07055

MIGUEL ANGEL AQUINO MIRANDA
280 N 9TH ST FL 1
PROSPECT PARK, NJ 07508-2006

MIGUEL E LOPEZ PEREZ
43 BARNERT AVE
TOTOWA, NJ 07512

MILAGRO E GUEVARA
123-127 E 24TH ST
PATERSON, NJ 07514

MINERVA HERNANDEZ
212 PARK AVENUE
PASSAIC, NJ 07055

MIRTHA JIMENEZ VILLALONA
352 E 169TH STREET
BRONX, NY 10456

MODEL 1 COMMERCIAL VEHICLES
2 GOWIN STREET
SAYREVILLE, NJ 08872

MONIQUE N. JACKSON
112 GREGORY AVENUE APT. 9
PASSAIC, NJ 07055

MORRIS COUNTY EDUCATIONAL SERVICES COMMI
PO BOX 1944
MORRISTOWN, NJ 07962

NADIA GARCIA
186 SUMMER STREET 4TH FLOOR
PASSAIC, NJ 07055

NATALIA CALVAJAL
150 PARK AVE
EAST RUTHERFORD, NJ 07073

NATHALIE SARITA
360 HOWE AVE
PASSAIC, NJ 07055

NATHANIEL R DWARICA-MORENO
127 HASTINGS AVE UNIT B.
RUTHERFORD, NJ 07070

NELSON PANIAGUA-ABAD
478 HIGHLAND AVE
CLIFTON, NJ 07011

NEREIDA C. MINAYA
144 BROADWAY
PASSAIC, NJ 07055

NERY GRANDEZ
168 CLINTON AVENUE
CLIFTON, NJ 07011

NIDIA MENDEZ RIVAS
366 FAIR STREET
PATERSON, NJ 07501

NISSY JOENLLY JIMENEZ RAMIREZ
10 MATTIMORE STREET
PASSAIC, NJ 07055

NIURKA SANCHEZ MONEGRO
110 E 6TH STREET
CLIFTON, NJ 07011

NJ DIVISION OF TAXATION
BANKRUPTCY UNIT
3 JOHN FITCH WAY, 5TH FLOOR
PO BOX 245
TRENTON, NJ 08695-0245

NORMA DIAZ HERNANDEZ
2454 TIEBOUT AVE
BRONX, NY 10458

NORMA SUAREZ
48 BROADWAY
PASSAIC, NJ 07055

NORTH MILL EQUIPMENT FINANCE
601 MERRITT 7, SUITE 5
NORWALK, CT 06851

NORTHERN REGIONAL EDUCATIONAL SERVICES C
82 TOTOWA ROAD
WAYNE, NJ 07470

NORTHWEST BERGEN COUNCIL FOR SPECIAL
EDUCATION - REGION 1
60 RIDGE ROAD
MAHWAH, NJ 07430

OLD SECOND NATIONAL BANK
37 S. RIVER ST.
AURORA, IL 60506

OLFA L GARCIA
24 DAY ST
CLIFTON, NJ 07011-2574

PASCACK VALLEY COUNCIL FOR SPECIAL
EDUCATION - REGION II
225 WEST GRAND AVENUE
MONTVALE, NJ 07645

PASSAIC BOARD OF EDUCATION
663 MAIN AVENUE, 11TH FL
PO BOX 388
PASSAIC, NJ 07055

PATERSON PUBLIC SCHOOLS
90 DELAWARE AVENUE
PATERSON, NJ 07503

PEDRO M. CENA
179 COLUMBIA AVENUE
PASSAIC, NJ 07055

PETRUCELLI, PIOTROWSKI & CO., INC.
263 MAIN STREET
WOODBRIDGE, NJ 07095

PLUMERIA ACCORD HOLDINGS, LLC
2711 N. SEPULVEDA BLVD., #248
MANHATTAN BEACH, CA 90266

PROGRESSIVE GARDEN STATE INSURANCE
ATTN: STACY F. PLOTZ MAZA, ESQ.
LAW OFFICES OF JAN MEYER & ASSOCIATES
1029 TEANECK ROAD, 2ND FL
TEANECK, NJ 07666

RAFAEL MARTINEZ JR
53 BARBOUR STREET
HALEDON, NJ 07508

RAFAELINA RODRIGUEZ
467 E 25TH STREET
PATERSON, NJ 07514

RAMIRO P. POLANCO
70 GROVE ST
PASSAIC, NJ 07055

RAMON A ROSARIO
233 E 18TH STREET
PATERSON, NJ 07524

RAMON R. GONZALEZ RODRIGUEZ
125 PRESIDENTIAL BLVD APT 6H
PATERSON, NJ 07522

RAMONA M VARGAS TORIBIO
179 HARDING AVENUE
CLIFTON, NJ 07011

RAYMOND ARIEL SANCHEZ BLANCO
100 N 5TH ST APT 2
PATERSON, NJ 07522-1302

REYSON ISMAEL VASQUEZ CRUZ
26 JACKSON STREET
PASSAIC, NJ 07055

RICARDO LUIS ALMONTE BORBON
70 GROVE STREET
PASSAIC, NJ 07055

RIDGEWOOD PUBLIC SCHOOLS
627 E. RIDGEWOOD AVENUE
RIDGEWOOD, NJ 07450

ROCIO RODRIGUEZ
19 BURGESS PLACE FLOOR 1
PASSAIC, NJ 07055

RODOLFO ZULUAGA
173 DUNDEE AVENUE
PATERSON, NJ 07503

RODRIGO DE JESUS PERDOMO MAYOL
278 CUMBERLAND AVE
PATERSON, NJ 07502

ROGELIO PINA -PENA
126 ACKERMAN AVENUE
CLIFTON, NJ 07011

ROGER THOMAS
80 SUMMER STREET APT. 1
PASSAIC, NJ 07055

ROSA O. ALZAMORA
53 MADELINE AVENUE
CLIFTON, NJ 07011

ROSALIA R CABA-RAMIREZ
153 HARDING AVE
CLIFTON, NJ 07055

ROSALINE M. CARDONA
380 HOWE AVE
PASSAIC, NJ 07055

ROSELY REYNA
102 HALSTEAD AVE
WALLINGTON, NJ 07057

ROSEMELI ARROYO ALMONTE
ATTN: AMY L. PETERSON, ESQ.
AMY L. PETERSON, P.C. LAW OFFICES
128 PASSAIC AVENUE
PASSAIC, NJ 07055

RUBERLIN Y PEREZ NOESI
223 4TH ST
PASSAIC, NJ 07055

RUBY M ORTIZ-DERODRIGUEZ
641 E 31ST STREET
PATERSON, NJ 07514-2506

RUTH ALEXANDRA MENDEZ VALDEZ
158 6TH STREET APT 312
PASSAIC, NJ 07055

RUTHDILENIA BAUTISTA DE VARGAS
31 WARD STREET FL.2
CLIFTON, NJ 07011

SABRINA S. LEONARDO-ABREU
62 PATERSON AVE
PATERSON, NJ 07522-1434

SADDLE BROOK PUBLIC SCHOOLS
355 MAYHILL ST. #1
SADDLE BROOK, NJ 07663

SAINE A. BURGOS-VILLAMAR
269 AUTUMN STREET #2
PASSAIC, NJ 07055

SALISIAN LEE LLP
ATTN: NEAL S. SALISIAN, ESQ.
550 SOUTH HOPE STREET, SUITE 750
LOS ANGELES, CA 90071-2924

SAMUEL ANTONIO BEARD-NUNEZ
85 MACARTHUR AVE APT 2
GARFIELD, NJ 07026

SANDY NAVARRO CASTILLO
204 MYRTLE AVENUE
PASSAIC, NJ 07055

SANTA DIAZ DIAZ
21 BARBOUR AVENUE APT 3
PASSAIC, NJ 07055

SANTA V URENA
177 SPRING ST FL 2
PASSAIC, NJ 07055

SANTANDER BANK, N.A.
ATTN: TOM REILLY
3 HUNTINGTON QUADRANGLE ST. 101N
MELVILLE, NY 11747

SARAI A LOPEZ
23 KULICK ST APT 1
CLIFTON, NJ 07011

SERAFIN CAMACHO
5-7 MYRTLE AVE
PASSAIC, NJ 07055

SHANEILEE M SANTIAGO
44 MAIN AVE
PASSAIC, NJ 07055

SILVERMAN AND ROEDEL, LLC
ATTN: DAVID S. SILVERMAN, ESQ.
1187 MAIN AVENUE, ST 2C
CLIFTON, NJ 07011

SILVIA R RAMIREZ
1000 MAIN AVENUE APT 302
CLIFTON, NJ 07055

SILVIO GARCIA LOPEZ
86 DUNDEE AVE
PATERSON, NJ 07503

SOCORRO LOPEZ
572 CLIFTON AVNEUE
CLIFTON, NJ 07011

SOFIA M CRUZ-CRUZ
26 JACKSON STREET
PASSAIC, NJ 07055

SOLANGE CASTRO
34 KULICK STREET APT 2
CLFITON, NJ 07011

SORAIDA PEREZ DIAZ
24 HILLMAN STREET
CLIFTON, NJ 07011

SOUTH BERGEN JOINTURE COMMISSION
696 ROUTE 46 WEST
TETERBORO, NJ 07608

SUMITOMO MITSUI FINANCE AND LEASING COMP
ATTN: GREG BERG
277 PARK AVENUE
NEW YORK, NY 10172

SUSAN N PALACIOS
261 N 11TH STREET
PROSPECT PARK, NJ 07508-2013

SUSANA FERRER
184 ACKERMAN AVE
CLIFTON, NJ 07011-1437

SUSSEX COUNTY REGIONAL COOPERATIVE
PO BOX 1029
HOPATCONG, NJ 07843

THE BANKCORP BANK, N.A.
548 N. TROOPER ROAD
NORRISTOWN, PA 19403

THE HUNTINGTON NATIONAL BANK
41 SOUTH HIGH STREET
COLUMBUS, OH 43219

THE OFFICE OF SPECIAL EDUCATION
REGION III
162 KNICKERBOCKER ROAD
DEMAREST, NJ 07627

TOMASINA ARECHE
388 HIGHLAND
PASSAIC, NJ 07055

U.S. SMALL BUSINESS ADMINISTRATION
ATTN: DISTRICT COUNSEL
TWO GATEWAY CENTER, SUITE 1002
NEWARK, NJ 07102

VALENTINA SANCHEZ
6 PEACH STREET
PASSAIC, NJ 07055

VANESSA T. MOLINA LOOR
186 GREGORY AVENUE APT 1
PASSAIC, NJ 07055

VERDANT COMMERCIAL CAPITAL, LLC
9987 CARVER ROAD, SUITE 110
CINCINNATI, OH 45242

VICTOR EMILIO LOZANO RAMOS
176 MYRTLE AVE
PASSAIC, NJ 07055

VICTOR HUGO USTARIZ-CALDERON
58 HELEN DR
MOONACHIE, NJ 07074-1826

VICTORIA A. VENTURA PAULINO
160 SHERMAN ST
PASSAIC, NJ 07055

VICTORIANO URENA
395 MAIN AVENUE APT. 1
PASSAIC, NJ 07055

VIRGEN FLORENCIO
121 KNAPP AVE
CLIFTON, NJ, NJ 07011

WALLINGTON SCHOOL DISTRICT
234 MAIN AVENUE
WALLINGTON, NJ 07057

WELLS FARGO BANK, N.A.
600 SOUTH 4TH STREET
MAC N9300-100
MINNEAPOLIS, MN 55415

WELLS FARGO EQUIPMENT FINANCE, INC.
600 SOUTH 4TH STREET
MINNEAPOLIS, MN 55415

WENDY JACQUELINE SANTOS MEDRANO
863 E 24TH AVENUE
PATERSON, NJ 07513

WILME SALOME VARGAS GONZALEZ
988 MAIN AVENUE
CLIFTON, NJ 07011

WILMER ALFREDO OSORTO LINARES
98 GRANT ST
PASSAIC, NJ 07055

WOMBLE BOND DICKINSON (US) LLP
ATTN: RYAN C. THOMPSON, ESQ.
888 SEVENTH AVENUE, 38TH FL
NEW YORK, NY 10106

YACSIR ARTAVIA SANDI
19 E 15TH ST
PATERSON, NJ 07524

YAMEL A. ALMONTE ROSSIS
58 HOWE AVE
PASSAIC, NJ 07055

YESENIA FUENTES-GOMEZ
3 SPRUCE STREET
PASSAIC, NJ 07055

YESSENIA D RIVERA CASTILLO
520 BELLEVILLE AVE
BELLEVILLE, NJ 07109

YHOWANDA MELLA SANTANA
41 KULICK ST.
CLIFTON, NJ 07011

YUDOMI DE JESUS
30 STEWART STREET APT 1
PASSAIC, NJ 07055

YULIE MARTE-RINCON
1288A CLIFTON AVE
CLIFTON, NJ 07012

# United States Bankruptcy Court
### District of New Jersey

In re   **Joshua Tours Limited Liability Company**                        Case No.
                                          Debtor(s)         Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Joshua Tours Limited Liability Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 15, 2026**                                    **/s/ Brett S. Moore**
Date                                                 **Brett S. Moore**
                                                     Signature of Attorney or Litigant
                                                     Counsel for   **Joshua Tours Limited Liability Company**
                                                     **Porzio, Bromberg & Newman, P.C.**
                                                     **5 Sylvan Way, Suite 110**
                                                     **Parsippany, NJ 07054**
                                                     **212.265.6888 Fax:212.957.3983**
                                                     **Bsmoore@pbnlaw.com**