## EXHIBIT A

**Budget**

**JOSHUA TOURS LLC - DIP**
**CASE # 26-14194 (MEH)**
**CASH COLLATERAL BUDGET**

DRAFT - TENTATIVE & PRELIMINARY
SUBJECT TO CHANGE

| CASH BUDGET | 1 WE 04/17/26 | 2 WE 04/24/26 | 3 WE 05/01/26 | 4 WE 05/08/26 | 5 WE 05/15/26 | 6 WE 05/22/26 | 7 WE 05/29/26 | 8 WE 06/05/26 | 9 WE 06/12/26 | 10 WE 06/19/26 | 11 WE 06/26/26 | 12 WE 07/03/26 | 13 WE 07/10/26 | 13 WEEK BUDGET TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 250,263 | 307,263 | 245,263 | 249,339 | 187,339 | 400,339 | 288,339 | 415,339 | 445,416 | 568,416 | 548,416 | 686,416 | 515,493 | 250,263 |
| **Cash Receipts:** | | | | | | | | | | | | | | |
| A/R Collections - Contract Services | 65,000 | 230,000 | 180,000 | 230,000 | 230,000 | 180,000 | 150,000 | 250,000 | 300,000 | 250,000 | 150,000 | 275,000 | 300,000 | 2,790,000 |
| A/R Collections - Charter / Trip Revenue | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| Other Receipts | - | - | 1,500 | - | - | - | - | 226,500 | - | - | - | 1,500 | - | 229,500 |
| **Total Cash Receipts** | 85,000 | 250,000 | 201,500 | 250,000 | 250,000 | 200,000 | 170,000 | 496,500 | 320,000 | 270,000 | 170,000 | 296,500 | 320,000 | 3,279,500 |
| **Cash Disbursements - Operating** | | | | | | | | | | | | | | |
| Wage / Salary Employee Obligations | - | 225,000 | - | 275,000 | - | 275,000 | - | 275,000 | - | 253,000 | - | 275,000 | - | 1,578,000 |
| Insurance | - | - | 119,423 | - | - | - | - | 119,423 | - | - | - | 119,423 | - | 358,269 |
| Fuel | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 15,000 | 10,000 | 5,000 | 230,000 |
| Rent | - | - | 35,000 | - | - | - | - | - | 35,000 | - | - | 35,000 | - | 105,000 |
| Maintenance | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 65,000 |
| Critical Vendor Payments | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| General & Administrative | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| GPS & Camera | - | - | 6,000 | - | - | - | 6,000 | - | - | - | - | 6,000 | - | 18,000 |
| Bank Fees | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Vendor Payments (Other) | - | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| **Total Operating Disbursements** | 28,000 | 312,000 | 197,423 | 312,000 | 37,000 | 312,000 | 43,000 | 466,423 | 37,000 | 290,000 | 32,000 | 462,423 | 22,000 | 2,551,269 |
| **Cash Flows From Operations** | 57,000 | (62,000) | 4,077 | (62,000) | 213,000 | (112,000) | 127,000 | 30,077 | 283,000 | (20,000) | 138,000 | (165,923) | 298,000 | 728,231 |
| **Cash Disbursements - Restructuring:** | | | | | | | | | | | | | | |
| Debtor's Legal Counsel | - | - | - | - | - | - | - | - | 100,000 | - | - | - | 100,000 | 200,000 |
| CRO | - | - | - | - | - | - | - | - | 60,000 | - | - | - | 60,000 | 120,000 |
| US Trustee | - | - | - | - | - | - | - | - | - | - | - | 5,000 | - | 5,000 |
| **Total Restructuring Disbursements** | - | - | - | - | - | - | - | - | 160,000 | - | - | 5,000 | 160,000 | 325,000 |
| **Cash Flow** | **57,000** | **(62,000)** | **4,077** | **(62,000)** | **213,000** | **(112,000)** | **127,000** | **30,077** | **123,000** | **(20,000)** | **138,000** | **(170,923)** | **138,000** | **403,231** |
| **Ending Cash Balance** | **$307,263** | **$245,263** | **$249,339** | **$187,339** | **$400,339** | **$288,339** | **$415,339** | **$445,416** | **$568,416** | **$548,416** | **$686,416** | **$515,493** | **$653,493** | **653,493** |

| AR Budget Schedule | 1 WE 04/17/26 | 2 WE 04/24/26 | 3 WE 05/01/26 | 4 WE 05/08/26 | 5 WE 05/15/26 | 6 WE 05/22/26 | 7 WE 05/29/26 | 8 WE 06/05/26 | 9 WE 06/12/26 | 10 WE 06/19/26 | 11 WE 06/26/26 | 12 WE 07/03/26 | 13 WE 07/10/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg. Accounts Receivable (AR) | 1,207,407 | 1,142,407 | 912,407 | 1,802,500 | 1,572,500 | 1,342,500 | 1,162,500 | 1,012,500 | 1,607,593 | 1,307,593 | 1,057,593 | 907,593 | 1,702,686 |
| Add: Invoicing | 20,000 | 20,000 | 1,091,593 | 20,000 | 20,000 | 20,000 | 20,000 | 1,091,593 | 20,000 | 20,000 | 20,000 | 1,091,593 | 20,000 |
| Less: Cash Collections | (85,000) | (250,000) | (201,500) | (250,000) | (250,000) | (200,000) | (170,000) | (496,500) | (320,000) | (270,000) | (170,000) | (296,500) | (320,000) |
| End. Accounts Receivable | 1,142,407 | 912,407 | 1,802,500 | 1,572,500 | 1,342,500 | 1,162,500 | 1,012,500 | 1,607,593 | 1,307,593 | 1,057,593 | 907,593 | 1,702,686 | 1,402,686 |

| COLLATERAL VALUE ANALYSIS | 1 WE 04/17/26 | 2 WE 04/24/26 | 3 WE 05/01/26 | 4 WE 05/08/26 | 5 WE 05/15/26 | 6 WE 05/22/26 | 7 WE 05/29/26 | 8 WE 06/05/26 | 9 WE 06/12/26 | 10 WE 06/19/26 | 11 WE 06/26/26 | 12 WE 07/03/26 | 13 WE 07/10/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 250,263 | 245,263 | 249,339 | 187,339 | 400,339 | 288,339 | 415,339 | 445,416 | 568,416 | 548,416 | 686,416 | 515,493 | 653,493 |
| Accounts Receivable | 1,142,407 | 912,407 | 1,802,500 | 1,572,500 | 1,342,500 | 1,162,500 | 1,012,500 | 1,607,593 | 1,307,593 | 1,057,593 | 907,593 | 1,702,686 | 1,402,686 |
| Other Receivables | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | - | - | - | - | - | - |
| Bus Fleet | 7,951,200 | 7,946,200 | 7,941,200 | 7,936,200 | 7,931,200 | 7,926,200 | 7,921,200 | 7,916,200 | 7,911,200 | 7,906,200 | 7,901,200 | 7,896,200 | 7,891,200 |
| **Total Collateral Value [1]** | 9,568,869 | 9,328,869 | 10,218,039 | 9,921,039 | 9,899,039 | 9,602,039 | 9,574,039 | 9,969,209 | 9,787,209 | 9,512,209 | 9,495,209 | 10,114,379 | 9,947,379 |
| M&E Term Loans | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 | 7,756,826 |
| Other Term Loans | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 | 680,864 |
| Working Capital Revolver | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 | 100,780 |
| **Total Senior Secured Debt** | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 | 8,437,690 |
| **EXCESS COLLATERAL POSITION** | **$1,131,180** | **$891,180** | **$1,780,350** | **$1,483,350** | **$1,461,350** | **$1,164,350** | **$1,136,350** | **$1,531,520** | **$1,349,520** | **$1,074,520** | **$1,057,520** | **$1,676,689** | **$1,509,689** |

**Notes:**

1) Represents most current information available as of the date

2) The Collateral Value of the Bus Fleet has been set at the Orderly Liquidation Value (OLV) based on an Appraisal dated 04/09/2026 performed by A. Atkins Appraisal Corp.

| | |
|---|---|
| FMV (Fair Market Value) = | 9,045,000 |
| OLV (Orderly Liquidation Value) = | 7,951,200 |
| FLV (Forced Liquidation Value) = | 6,857,400 |