UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MORITT HOCK & HAMROFF LLP**
Michael Kwiatkowski, Esq.
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
F: (516) 873-2010
mkwiatkowski@moritthock.com

*Attorneys for Integrated Vehicle Leasing Inc.*

| | |
|---|---|
| In Re:<br><br>JOSHUA TOURS LIMITED LIABILITY COMPANY,<br><br>　　　　　　　　　Debtor. | Case No. 26-14194 (MEH)<br><br>Chapter 11<br><br>Judge: Hon. Mark E. Hall |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Integrated Vehicle Leasing Inc., a creditor and party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address, email addresses and telephone and facsimile numbers set forth below.

> Michael Kwiatkowski, Esq.
> MORITT HOCK & HAMROFF LLP
> 400 Garden City Plaza
> Garden City, New York 11530
> T: (516) 873-2000
> F: (516) 873-2010
> mkwiatkowski@moritthock.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules

specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, email or otherwise, which affects the Debtor or property of its estates.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Garden City, New York
         April 20, 2026

MORITT HOCK & HAMROFF LLP

By:          */s/ Michael Kwiatkowski*
         Michael Kwiatkowski
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
F: (516) 873-2010
mkwiatkowski@moritthock.com

*Attorneys for Integrated Vehicle Leasing Inc.*

2