UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
**PORZIO, BROMBERG & NEWMAN, P.C.**
5 Sylvan Way
P.O. Box 218
Parsippany, New Jersey 07054
(973) 538-4006
(973) 538-5146 Facsimile
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)

*Proposed Counsel to Debtor and Debtor-In-Possession*

| | |
|---|---|
| In re: | Chapter: 11 |
| JOSHUA TOURS LIMITED LIABILITY COMPANY,[1] | Case No.: 26-14194 (MEH) |
| Debtor. | Judge: Mark E. Hall |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND METHODOLOGY REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "Debtor,") is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The Debtor, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number is: Joshua Tours Limited Liability Company (9686). The location of the Debtor's service address is: 183 Autumn Street, Passaic, NJ 07055.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements.

10278102

Debtor and its estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

## I.     Notes Applicable to all Schedules and Statements

**Note 1: Reporting Date**. All asset and liability information, except where otherwise noted, is provided as of April 15, 2026 (the "Petition Date").

**Note 2: Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Note 3: Signatory**. Steven A. San Filippo has signed the Schedules and Statements.  Mr. San Filippo serves as Chief Restructuring Officer and is an authorized signatory of the Debtor in this chapter 11 case.

**Note 4: Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

**Note 5: Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 6: Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 7: Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 8: Claim Designation**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that

10278102

such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves all of its rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtor.

**Note 9: Fiscal Year**. The Debtor's fiscal year ends on or about December 31.

**Note 10: Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtor is scheduled as "unliquidated."

**Note 11: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 12: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 13: Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) holders of interests in excess of 20% of the voting interests of one of the Debtor entity (whether directly or indirectly); (d) relatives of directors, officers, or shareholders of the Debtor (to the extent known by the Debtor); and (e) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Note 14: Reservation of Rights**. In preparing the Schedules and Statements, the Debtor relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtor to file amended Schedules and Statements. **The Debtor reserves all rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in this chapter 11 case that might conflict with the Schedules and Statements.**

10278102

## II.   Notes to Schedules of Assets and Liabilities

1.   *Schedule A/B – Assets*. The Debtor has potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; deferred revenue accounts; or goodwill.  Other immaterial assets may also have been excluded.

2.   *Schedule D – Creditors Who Have Claims Secured by Property.*

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of the Debtor.  Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtor's rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtor is not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured. Further, the listing of a claim as secured is not an admission as to the validity of any lien.

Detailed descriptions of the Debtor's prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Steven A. San Filippo in Support of Debtor's Chapter 11 Petition and First Day Motions* [ECF No. 10].

3.   *Schedule E/F – Creditors Who Have Unsecured Claims.* The Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtor's total liabilities as noted on any previously issued financial statements.

*Paid Claims.* The Debtor has authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders"). As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtor has listed claims and payables as of the Petition Date in these Schedules and Statements.

*Excluded Liabilities.* The Debtor has potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities including salaries and employee benefits.  Other immaterial liabilities may also have been excluded.

10278102

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Interim Order (I) Authorizing the Debtor to Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses; and (II) Directing All Banks to Honor Checks for Payment of Employee Obligations; and (II) Granting Related Relief* [ECF No. 27] (the "Employee Wage Order"), the Debtor received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business.  The Debtor believes that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 case pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  Additionally, claims against the Debtor on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtor reserves any such setoff or recoupment rights.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected by the Debtor.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if, or when, the Debtor receive such invoices.

10278102

4. ***Schedule G – Executory Contracts and Unexpired Leases.*** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other document, instruments and agreements which may not be listed therein. Also, Schedule G is intended to contain all of the Debtor's contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date or have been rejected by the Debtor. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

In the ordinary course of business, the Debtor has entered into numerous contracts or agreements, some of which may be oral. While the Debtor has made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

### III.   Notes to Statements of Financial Affairs

1. ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.*** Revenue for 2026 has been provided through the Petition Date.

2. ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.*** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtor, (ii) the extent to which any individual exercised management responsibilities or functions or corporate

10278102

decision-making authority over the Debtor, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

\* \* \* \* \*

**Fill in this information to identify the case:**

Debtor name  **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  **26-14194**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■  Amended *Schedule*    **Top 20 List**

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/15/2026**          X        */s/ Steven A. San Filippo*
                                    Signature of individual signing on behalf of debtor

                                    **Steven A. San Filippo**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:    **DISTRICT OF NEW JERSEY**

Case number (if known):    **26-14194**

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Advanced Auto Parts 261 Clifton Avenue, Suite 10 Clifton, NJ 07011** | | **Vendor** | | | | **$2,390.78** |
| **Ali Newaj ATTN: Ihan A. Ibrahim, Esq. Inbrahim Law Firm LLC 910 Bergen Avenue, Suite 203 Jersey City, NJ 07306** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Atlantic Coast Surety LLC 1200 MacArthur Blvd., St 302A Mahwah, NJ 07430** | | **Vendor** | | | | **$54,370.00** |
| **Borrowers Heaven.com LLC 349 Applegarth Road, St 4 Monroe Township, NJ 08831** | | **Judgment** | **Disputed** | | | **$45,000.00** |
| **Felix Colon ATTN: Steve D. Byoun, Esq. The Law Offices of Fusco & Macaluso, P.C 150 Passaic Avenue Passaic, NJ 07055** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **First Student, Inc. 191 Rosa Parks Street, 8th Floor Cincinnati, OH 45202** | | **Vendor** | | | | **$345,933.00** |

Debtor   **Joshua Tours Limited Liability Company**          Case number *(if known)*   **26-14194**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fuel 5 1045 Main Avenue Clifton, NJ 07011** | | **Vendor** | | | | **$13,856.14** |
| **Intuit Financing Inc. QuickBooks Loan Customer Service PO Box 84210 Sioux Falls, SD 57118** | | **PPP Loan** | | | | **$15,304.41** |
| **Lissette Medina ATTN: James Vasquez, Esq. The Law Offices of James Vasquez, P.C. 970 Clifton Avenue Clifton, NJ 07013** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **LM Insurance Corporation 175 Berkeley Street Boston, MA 02116** | | **Judgment** | | | | **$45,644.00** |
| **Maurice Wilson 200 8th Avenue Paterson, NJ 07514** | | **Judgment** | | | | **$45,000.00** |
| **Model 1 Commercial Vehicles 2 Gowin Street Sayreville, NJ 08872** | | **Vendor** | | | | **$14,622.24** |
| **NJ Division of Taxation Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245** | | **Judgment** | | | | **$2,331.60** |
| **North Mill Equipment Finance 601 Merritt 7, Suite 5 Norwalk, CT 06851** | | **Buses 1 - 10, 11-20, 21-28, 65-74, 88** | | **$1,232,450.84** | **$922,000.00** | **$310,450.84** |
| **Petrucelli, Piotrowski & Co., Inc. 263 Main Street Woodbridge, NJ 07095** | | **Legal Fees** | | | | **$2,575.00** |
| **Plumeria Accord Holdings, LLC 2711 N. Sepulveda Blvd., #248 Manhattan Beach, CA 90266** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims

Debtor   **Joshua Tours Limited Liability Company**                Case number *(if known)*   **26-14194**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Progressive Garden State Insurance ATTN: Stacy F. Plotz Maza, Esq. Law Offices of Jan Meyer & Associates 1029 Teaneck Road, 2nd Fl Teaneck, NJ 07666** | | **Judgment** | | | | **$4,669.31** |
| **The Bancorp Bank, N.A. 548 N. Trooper Road Norristown, PA 19403** | | **Buses 93 - 104, H38, H39, H45** | | **$1,086,530.76** | **$979,000.00** | **$107,530.76** |
| **Verdant Commercial Capital, LLC 9987 Carver Road, Suite 110 Cincinnati, OH 45242** | | **Buses H60, H61, H62, H63, H64, H65** | | **$934,970.23** | **$812,500.00** | **$122,470.23** |
| **Wells Fargo Bank, N.A. 600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** | | **PPP Loan** | | | | **$80,853.47** |

**Fill in this information to identify the case:**

Debtor name    **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **26-14194**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **11,353,787.62**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    **11,353,787.62**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **8,260,182.39**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **2,331.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **1,104,646.06**

4.    **Total liabilities** ...........................................................................................................................................
    Lines 2 + 3a + 3b    $    **9,367,160.05**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Joshua Tours Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-14194** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **1619** | **$227,541.29** |
| 3.2. | **Wells Fargo** | **Checking** | **1778** | **$74,015.64** |
| 3.3. | **Wells Fargo** | **Checking** | **1317** | **$0.00** |
| 3.4. | **Wells Fargo** | **Checking** | **1325** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$301,556.93**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor   **Joshua Tours Limited Liability Company**                Case number *(If known)* **26-14194**
         Name

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **183 Autumn St. Security Deposit**                                        **$2,500.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.   **Prepaid Insurance**                                                      **$572,552.13**

9.      **Total of Part 2.**                                                             **$575,052.13**

        Add lines 7 through 8. Copy the total to line 81.

Part 3:      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **1,090,300.75**   -          **0.00** = ....        **$1,090,300.75**
                                          face amount              doubtful or uncollectible accounts

        11a. 90 days old or less:            **225,000.00**   -          **0.00** = ....          **$225,000.00**
                                          face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:              **139,325.21**   -      **22,447.40** =....          **$116,877.81**
                                          face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                            **$1,432,178.56**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:      **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Part 5:      **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

Part 6:      **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor   **Joshua Tours Limited Liability Company**                      Case number *(If known)*  **26-14194**
         Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   **See Attached Schedule** | **$0.00** | **Fair Market Valu** | **$9,045,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$9,045,000.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Joshua Tours Limited Liability Company**                     Case number *(If known)* **26-14194**
      Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.1. | **Debtor leases commercial property at 183-187 Autumn Street,  and 362 Harrison Street, Passaic, NJ.** | **Tenant** | **Unknown** | | **Unknown** |
| 55.2. | **Debtor leases commercial property at 187-195 Central Avenue and 85 Summer Street, Passaic, New Jersey.** | **Tenant** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

                  **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Joshua Tours Limited Liability Company** | | Case number *(If known)* **26-14194** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $301,556.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $575,052.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,432,178.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,045,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,353,787.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,353,787.62 |

## Joshua Tours Limited Liability Company

Case number: **26-14194**

**Part 8. Question 47: Automobiles, vans, etc.**

| Unit | Model | Year | Miles | FMV |
|---|---|---|---|---|
| 1 | Collins Nexbus | 2015 | 70,637 | $18,000 |
| 2 | Collins Nexbus DE | 2016 | 94,214 | $18,000 |
| 3 | Collins Nexbus | 2016 | 88,261 | $19,000 |
| 4 | Collins Mid Bus D8516 | 2018 | 105,228 | $22,000 |
| 5 | Collins Mid Bus D8516 | 2017 | 105,127 | $22,000 |
| 6 | Collins Mid Bus D8516 | 2017 | 85,958 | $25,000 |
| 7 | Collins Mid Bus | 2017 | 109,272 | $21,000 |
| 8 | Chevy Transtech | 2017 | 72,944 | $24,000 |
| 9 | Chevy Microbird G5 | 2018 | 95,263 | $25,000 |
| 10 | Chevy Microbird G5 | 2018 | 79,053 | $27,000 |
| 11 | Collins Mid Bus | 2018 | 127,079 | $18,000 |
| 12 | Collins Mid Bus | 2018 | 95,100 | $22,000 |
| 13 | Collins Mid Bus | 2018 | 104,695 | $20,000 |
| 14 | Collins SRW | 2018 | 91,883 | $22,000 |
| 15 | Micro Bird G5 | 2018 | 67,913 | $28,000 |
| 16 | Micro Bird G5 | 2018 | 74,318 | $27,000 |
| 17 | Trans Tech | 2018 | 61,574 | $28,000 |
| 18 | Collins Mid Bus | 2018 | 79,380 | $24,000 |
| 19 | Collins Mid Bus | 2018 | 74,809 | $25,000 |
| 20 | Collins Mid Bus | 2018 | 98,687 | $21,000 |
| 21 | Collins Mid Bus | 2018 | 129,643 | $17,000 |
| 22 | Collins Mid Bus | 2018 | 99,939 | $21,000 |
| 23 | Collins Mid Bus | 2018 | 97,520 | $21,000 |
| 24 | Collins Mid Bus | 2018 | 95,112 | $22,000 |
| 25 | Collins Mid Bus | 2018 | 89,859 | $23,000 |
| 26 | Collins Mid Bus | 2018 | 107,938 | $20,000 |
| 27 | Collins Mid Bus | 2018 | 106,224 | $20,000 |
| 28 | Micro Bird G5 | 2019 | 64,779 | $32,000 |
| 30 | Micro Bird G5 | 2019 | 80,346 | $28,000 |
| 46 | Chevy Mid Bus | 2020 | 61,326 | $32,000 |
| 47 | Chevy Mid Bus | 2020 | 44,686 | $35,000 |
| 48 | Chevy Mid Bus | 2020 | 82,638 | $28,000 |
| 49 | Chevy Mid Bus | 2020 | 60,895 | $32,000 |
| 50 | Chevy Mid Bus | 2020 | 54,255 | $34,000 |
| 51 | Chevy Van Con | 2016 | 112,966 | $8,000 |
| 52 | Chevy Van Con | 2012 | 129,941 | $5,000 |
| 53 | Chevy Mid Bus | 2021 | 41,656 | $42,000 |
| 55 | Chevy Collins | 2023 | 23,756 | $48,000 |
| 56 | Chevy Collins | 2023 | 34,666 | $45,000 |
| 57 | Chevy Collins | 2023 | 37,723 | $44,000 |
| 58 | Chevy Collins | 2023 | 37,088 | $44,000 |

**Joshua Tours Limited Liability Company**

Case number: **26-14194**

**Part 8. Question 47: Automobiles, vans, etc.**

| Unit | Model | Year | Miles | FMV |
|---|---|---|---|---|
| 59 | Chevy Collins | 2023 | 52,956 | $40,000 |
| 60 | Chevy Mid Bus | 2022 | 32,097 | $45,000 |
| 61 | Chevy Mid Bus | 2022 | 31,549 | $45,000 |
| 62 | Chevy Mid Bus | 2022 | 31,209 | $45,000 |
| 63 | Chevy Mid Bus | 2022 | 26,251 | $48,000 |
| 64 | Chevy Mid Bus | 2021 | 31,425 | $38,000 |
| 65 | Chevy Mid Bus | 2020 | 57,520 | $30,000 |
| 66 | Chevy Mid Bus | 2020 | 52,408 | $32,000 |
| 67 | Chevy Mid Bus | 2020 | 48,862 | $33,000 |
| 68 | Chevy Mid Bus | 2018 | 65,978 | $25,000 |
| 69 | Chevy Mid Bus | 2017 | 57,161 | $22,000 |
| 70 | Chevy Thomas | 2017 | 77,971 | $20,000 |
| 71 | Chevy Thomas | 2017 | 67,717 | $22,000 |
| 72 | Chevy CG33803 | 2017 | 50,396 | $24,000 |
| 73 | Chevy CG33803 | 2018 | 61,203 | $27,000 |
| 74 | Chevy CG33803 | 2018 | 57,649 | $28,000 |
| 75 | Chevy Van Con | 2018 | 65,133 | $28,000 |
| 76 | Chevy Van Con | 2018 | 59,918 | $30,000 |
| 77 | Chevy Van Con | 2018 | 65,480 | $28,000 |
| 78 | Chevy Van Con | 2018 | 69,953 | $27,000 |
| 80 | Chevy Van Con | 2018 | 61,153 | $29,000 |
| 81 | Chevy Van Con | 2018 | 60,559 | $30,000 |
| 82 | Chevy Van Con | 2018 | 66,953 | $27,000 |
| 84 | Chevy Van Con | 2018 | 65,929 | $28,000 |
| 85 | Chevy Van Con | 2018 | 53,391 | $32,000 |
| 86 | Chevy Van Con | 2018 | 63,400 | $29,000 |
| 87 | Chevy Van Con | 2018 | 73,681 | $26,000 |
| 88 | Chevy Van Con | 2018 | 67,818 | $27,000 |
| 89 | Express Net | 2024 | 25,427 | $62,000 |
| 90 | Express Net | 2024 | 18,889 | $65,000 |
| 91 | Chevy Mid Bus | 2024 | 21,926 | $65,000 |
| 92 | Chevy Mid Bus | 2024 | 14,323 | $68,000 |
| 93 | Chevy Mid Bus | 2024 | 5,502 | $72,000 |
| 94 | Chevy Thomas | 2017 | 69,976 | $22,000 |
| 95 | Chevy Thomas | 2018 | 65,796 | $25,000 |
| 96 | Chevy Thomas | 2016 | 119,441 | $15,000 |
| 97 | Chevy Thomas | 2016 | 101,316 | $17,000 |
| 98 | Chevy Thomas | 2016 | 135,894 | $13,000 |
| 99 | Collins SH400 | 2026 | 6,000 | $85,000 |
| 100 | Collins SH400 | 2026 | 4,213 | $87,000 |
| 101 | Collins SH400 | 2026 | 6,872 | $84,000 |
| 102 | Collins SH400 | 2026 | 6,645 | $84,000 |
| 103 | Collins SH400 | 2026 | 6,140 | $85,000 |

**Joshua Tours Limited Liability Company**

Case number: **26-14194**

**Part 8. Question 47: Automobiles, vans, etc.**

| Unit | Model | Year | Miles | FMV |
|---|---|---|---|---|
| 104 | Collins SH400 | 2026 | 11,955 | $80,000 |
| 105 | Collins SH400 | 2026 | 5,557 | $85,000 |
| 106 | Collins SH400 | 2026 | 4,328 | $87,000 |
| 107 | Collins SH400 | 2026 | 2,845 | $88,000 |
| 119 | Chevy Mid Bus | 2026 | 3,848 | $75,000 |
| 120 | Chevy Mid Bus | 2026 | 3,301 | $76,000 |
| 121 | Chevy Mid Bus | 2026 | 5,047 | $74,000 |
| 122 | Chevy Mid Bus | 2026 | 9,467 | $72,000 |
| 123 | Chevy Mid Bus | 2026 | 9,472 | $72,000 |
| H1 | BB Vision | 2019 | 91,411 | $42,500 |
| H2 | BB Vision | 2019 | 80,437 | $45,000 |
| H3 | BB Vision | 2019 | 86,444 | $43,000 |
| H4 | BB Vision | 2019 | 75,276 | $47,500 |
| H5 | BB Vision | 2019 | 100,197 | $40,000 |
| H6 | BB Vision | 2019 | 58,477 | $52,500 |
| H7 | BB Vision | 2019 | 81,815 | $45,000 |
| H8 | BB Vision | 2019 | 83,101 | $44,500 |
| H9 | BB Vision | 2019 | 71,415 | $49,000 |
| H10 | BB Vision | 2019 | 79,704 | $46,000 |
| H11 | BB Vision | 2020 | 95,640 | $45,000 |
| H12 | BB Vision | 2020 | 97,640 | $43,500 |
| H13 | BB Vision | 2020 | 72,207 | $50,000 |
| H14 | BB Vision | 2020 | 66,684 | $52,500 |
| H15 | BB Vision | 2020 | 95,980 | $45,000 |
| H16 | BB Vision | 2020 | 58,477 | $55,000 |
| H17 | BB Vision | 2020 | 66,681 | $52,500 |
| H18 | BB Vision | 2020 | 46,471 | $60,000 |
| H19 | BB Vision | 2020 | 51,773 | $57,500 |
| H20 | BB Vision | 2020 | 52,321 | $57,500 |
| H21 | BB Vision | 2020 | 58,072 | $55,000 |
| H22 | BB Vision | 2020 | 55,985 | $55,000 |
| H23 | BB Vision | 2020 | 75,398 | $49,000 |
| H24 | BB Vision | 2020 | 75,476 | $49,000 |
| H25 | BB Vision | 2021 | 47,727 | $63,500 |
| H26 | BB Vision | 2021 | 44,593 | $65,500 |
| H27 | BB Vision | 2021 | 63,115 | $57,500 |
| H28 | BB Vision | 2021 | 58,974 | $60,000 |
| H29 | BB Vision | 2023 | 33,951 | $82,000 |
| H30 | BB Vision | 2023 | 35,914 | $80,000 |
| H31 | BB Vision | 2023 | 37,161 | $78,000 |
| H32 | BB Vision | 2023 | 30,698 | $82,000 |
| H33 | BB Vision | 2023 | 26,712 | $85,000 |
| H34 | BB Vision | 2023 | 26,276 | $85,000 |

**Joshua Tours Limited Liability Company**

Case number: **26-14194**

**Part 8. Question 47: Automobiles, vans, etc.**

| Unit | Model | Year | Miles | FMV |
|------|-------|------|-------|-----|
| H35 | BB Vision | 2023 | 27,003 | $84,000 |
| H36 | BB Vision | 2023 | 25,615 | $88,000 |
| H37 | BB Vision | 2024 | 24,858 | $96,500 |
| H38 | BB Vision | 2024 | 21,484 | $102,500 |
| H39 | BB Vision | 2024 | 20,680 | $105,000 |
| H40 | BB Vision | 2024 | 25,694 | $100,000 |
| H41 | BB Vision | 2024 | 29,747 | $96,500 |
| H42 | BB Vision | 2024 | 18,511 | $107,500 |
| H43 | BB Vision | 2024 | 21,271 | $105,000 |
| H44 | BB Vision | 2024 | 21,111 | $105,000 |
| H45 | BB Vision | 2024 | 22,902 | $102,500 |
| H46 | BB Vision | 2025 | 19,741 | $121,500 |
| H47 | BB Vision | 2025 | 21,963 | $118,500 |
| H48 | BB Vision | 2025 | 16,305 | $126,000 |
| H49 | BB Vision | 2025 | 26,300 | $115,000 |
| H50 | BB Vision | 2025 | 22,939 | $118,500 |
| H51 | BB Vision | 2025 | 20,497 | $121,500 |
| H52 | BB Vision | 2025 | 15,670 | $126,000 |
| H53 | BB Vision | 2025 | 16,747 | $126,000 |
| H54 | BB Vision | 2025 | 13,097 | $128,500 |
| H55 | BB Vision | 2025 | 19,549 | $121,500 |
| H56 | BB Vision | 2025 | 12,947 | $128,500 |
| H57 | BB Vision | 2025 | 12,748 | $128,500 |
| H58 | BB Vision | 2025 | 12,666 | $128,500 |
| H59 | BB Vision | 2025 | 8,905 | $131,500 |
| H60 | BB Vision | 2025 | 13,999 | $126,000 |
| H61 | BB Vision | 2025 | 11,843 | $128,500 |
| H62 | BB Vision | 2026 | 15,630 | $134,000 |
| H63 | BB Vision | 2026 | 11,404 | $138,500 |
| H64 | BB Vision | 2026 | 9,203 | $141,500 |
| H65 | BB Vision | 2026 | 7,520 | $144,000 |

**$9,045,000**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Joshua Tours Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-14194** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Ascentium Capital** Creditor's Name **Attn: Stephanie Eiland 23970 Highway 59 North Kingwood Kingwood, TX 77339-1535** Creditor's mailing address | Describe debtor's property that is subject to a lien **Buses 79, 81, 83, 86, H32, H33** | **$194,105.00** | **$226,000.00** |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
  Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Balboa Capital** Creditor's Name **Attn: Jay Leal 575 Anton Blvd, Suite 1080 Costa Mesa, CA 92626** Creditor's mailing address | Describe debtor's property that is subject to a lien **Buses 60 - 63, 92, H36, H58** | **$306,269.24** | **$467,500.00** |
|---|---|---|---|---|

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Joshua Tours Limited Liability Company**                Case number (if known)   **26-14194**
      Name

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Integrated Vehicles & Equipment Leasing** | **Describe debtor's property that is subject to a lien** | $179,565.25 | $207,500.00 |
|---|---|---|---|---|

Creditor's Name

**Buses H40, H42**

**734 Walt Whitman Rd, St 304**
**Melville, NY 11747**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **m2 Equipment Finance LLC** | **Describe debtor's property that is subject to a lien** | $98,201.46 | $162,000.00 |
|---|---|---|---|---|

Creditor's Name

**Buses 53, 64, H29**

**175 N. Partrick Blvd., Ste 140**
**Brookfield, WI 53045**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **North Mill Equipment Finance** | **Describe debtor's property that is subject to a lien** | $1,232,450.84 | $922,000.00 |
|---|---|---|---|---|

Creditor's Name

**Buses 1 - 10, 11-20, 21-28, 65-74, 88**

**601 Merritt 7, Suite 5**
**Norwalk, CT 06851**
Creditor's mailing address

**Describe the lien**

---

Debtor   **Joshua Tours Limited Liability Company**                    Case number (if known)     **26-14194**
　　　Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Old Second National Bank** | **Describe debtor's property that is subject to a lien** | $366,284.48 | $355,000.00 |
|---|---|---|---|---|

Creditor's Name

**Buses H49, H50, H51**

**37 S. River St.**
**Aurora, IL 60506**
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Santander Bank, N.A.** | **Describe debtor's property that is subject to a lien** | $437,062.10 | $461,000.00 |
|---|---|---|---|---|

Creditor's Name

**Buses 55 - 59, H46, H47**

**Attn: Tom Reilly**
**3 Huntington Quadrangle**
**St. 101N**
**Melville, NY 11747**
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Debtor   **Joshua Tours Limited Liability Company**                    Case number (if known)   **26-14194**
       Name

---

| 2.8 | **Sumitomo Mitsui Finance and Leasing Comp** | **Describe debtor's property that is subject to a lien** **Buses 119 - 123, H30, H31, H59** | **$652,176.06** | **$658,500.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Greg Berg
277 Park Avenue
New York, NY 10172**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **The Bancorp Bank, N.A.** | **Describe debtor's property that is subject to a lien** **Buses 93 - 104, H38, H39, H45** | **$1,086,530.76** | **$979,000.00** |
|---|---|---|---|---|

Creditor's Name

**548 N. Trooper Road
Norristown, PA 19403**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **The Huntington National Bank** | **Describe debtor's property that is subject to a lien** **Buses 80, 82, 84, 85, 87, 91, H22, H23, H24, H25, H26, H27, H28, H44** | **$487,210.32** | **$711,500.00** |
|---|---|---|---|---|

Creditor's Name

**41 South High Street
Columbus, OH 43219**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Debtor **Joshua Tours Limited Liability Company**　　Case number (if known)　**26-14194**
　　　　Name

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | **$504,738.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**ATTN: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102**
Creditor's mailing address

**Describe the lien**

**UCC Filing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Balboa Capital | |

---

| 2.12 | **Verdant Commercial Capital, LLC** | **Describe debtor's property that is subject to a lien** | **$934,970.23** | **$812,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **Buses H60, H61, H62, H63, H64, H65** | | |

**9987 Carver Road, Suite 110
Cincinnati, OH 45242**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.13 | **Wells Fargo Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | **$1,780,618.65** | **$1,852,000.00** |
|---|---|---|---|---|

Debtor   **Joshua Tours Limited Liability Company**
Name

Case number (if known)   **26-14194**

Creditor's Name

**Buses 75 - 78, 89, 90, 105 - 107, H34, H35, H37, H41, H43, H48, H52 - H57**

**600 South 4th Street**
**Minneapolis, MN 55415**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$8,260,182.39**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **McCarter & English**<br>**Attn: Phillip S. Pavlick, Esq.**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | Line __2.13__ | |
| **Metropolitan Commercial Bank**<br>**99 Park Avenue**<br>**New York, NY 10016** | Line __2.3__ | |
| **Salisian Lee LLP**<br>**ATTN: Neal S. Salisian, Esq.**<br>**550 South Hope Street, Suite 750**<br>**Los Angeles, CA 90071-2924** | Line __2.2__ | |
| **Womble Bond Dickinson (US) LLP**<br>**ATTN: Ryan C. Thompson, Esq.**<br>**888 Seventh Avenue, 38th Fl**<br>**New York, NY 10106** | Line __2.10__ | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Joshua Tours Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-14194** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**NJ Division of Taxation**<br>**Bankruptcy Unit**<br>**3 John Fitch Way, 5th Floor**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,331.60** | **$2,331.60** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Judgment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**183 Autumn Passaic LLC**<br>**183 Autumn Street**<br>**Passaic, NJ 07055**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$140,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**189 Central Passaic LLC**<br>**189 Central Street**<br>**Passaic, NJ 07055**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$50,000.00** |

33299

| Debtor | **Joshua Tours Limited Liability Company** | Case number (if known) | **26-14194** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,390.78** |
|---|---|---|---|

**Advanced Auto Parts**
**261 Clifton Avenue, Suite 10**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number  1754**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ali Newaj**
**ATTN: Ihan A. Ibrahim, Esq.**
**Inbrahim Law Firm LLC**
**910 Bergen Avenue, Suite 203**
**Jersey City, NJ 07306**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express Business Gold**
**PO Box 96001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Credit Card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,370.00** |
|---|---|---|---|

**Atlantic Coast Surety LLC**
**1200 MacArthur Blvd., St 302A**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Borrowers Heaven.com LLC**
**349 Applegarth Road, St 4**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Judgment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dafeldecker Associates, LLC**
**PO Box 603**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**De Leon Tires**
**901 Main Avenue**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Joshua Tours Limited Liability Company** | | Case number (if known) | **26-14194** |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Felix Colon**
**ATTN: Steve D. Byoun, Esq.**
**The Law Offices of Fusco & Macaluso, P.C**
**150 Passaic Avenue**
**Passaic, NJ 07055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345,933.00**

**First Student, Inc.**
**191 Rosa Parks Street, 8th Floor**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,856.14**

**Fuel 5**
**1045 Main Avenue**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$244,427.71**

**Henry Navarro**
**204 Myrtle Avenue**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,304.41**

**Intuit Financing Inc.**
**QuickBooks Loan Customer Service**
**PO Box 84210**
**Sioux Falls, SD 57118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __PPP Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Javi Refacciones**
**100 Summer Street**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Lissette Medina**
**ATTN: James Vasquez, Esq.**
**The Law Offices of James Vasquez, P.C.**
**970 Clifton Avenue**
**Clifton, NJ 07013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Joshua Tours Limited Liability Company**                    Case number (if known)      **26-14194**
_____Name_____

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,644.00** |
|---|---|---|---|

**LM Insurance Corporation**
**175 Berkeley Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcelo 9**
**308 Grand St,**
**Paterson, NJ 07501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Maurice Wilson**
**200 8th Avenue**
**Paterson, NJ 07514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,622.24** |
|---|---|---|---|

**Model 1 Commercial Vehicles**
**2 Gowin Street**
**Sayreville, NJ 08872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,575.00** |
|---|---|---|---|

**Petrucelli, Piotrowski & Co., Inc.**
**263 Main Street**
**Woodbridge, NJ 07095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Plumeria Accord Holdings, LLC**
**2711 N. Sepulveda Blvd., #248**
**Manhattan Beach, CA 90266**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,669.31** |
|---|---|---|---|

**Progressive Garden State Insurance**
**ATTN: Stacy F. Plotz Maza, Esq.**
**Law Offices of Jan Meyer & Associates**
**1029 Teaneck Road, 2nd Fl**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Joshua Tours Limited Liability Company** | Case number (if known) | **26-14194** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rosemeli Arroyo Almonte**
**ATTN: Amy L. Peterson, Esq.**
**Amy L. Peterson, P.C. Law Offices**
**128 Passaic Avenue**
**Passaic, NJ 07055**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,853.47** |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Hinkins**<br>**ATTN: Nediha Hadzikadunic, Esq.**<br>**881 Baxter Drive**<br>**South Jordan, UT 84095** | Line **3.22**<br>☐ Not listed. Explain ___ | __ |
| 4.2 | **Hudson Law Offices**<br>**ATTN: Lauri A. Hudson, Esq.**<br>**900 Route 168, St. C-2**<br>**Blackwood, NJ 08012** | Line **3.17**<br>☐ Not listed. Explain ___ | __ |
| 4.3 | **McOmber McOmber & Luber, P.C.**<br>**ATTN: Christian V. McOmber, Esq.**<br>**54 Shrewsbury Avenue**<br>**Red Bank, NJ 07701** | Line **3.7**<br>☐ Not listed. Explain ___ | __ |
| 4.4 | **Silverman and Roedel, LLC**<br>**ATTN: David S. Silverman, Esq.**<br>**1187 Main Avenue, St 2C**<br>**Clifton, NJ 07011** | Line **3.19**<br>☐ Not listed. Explain ___ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,331.60 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,104,646.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,106,977.66 |

**Fill in this information to identify the case:**

Debtor name   **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **26-14194**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement - Property located at 183-187 Autumn Street and 362 Harrison Street, Passaic, NJ** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **183 Autumn Passaic LLC 183 Autumn Street Passaic, NJ 07055** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement - Property located at 187-195 Central Avenue and 85 Summer Street, Passaic, New Jersey.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **189 Central Passaic LLC 189 Central Street Passaic, NJ 07055** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation and Employers Liability** | |
| | State the term remaining | **through August 29, 2026** | **ARI Insurance Company 3 Independence Way, St 401 Princeton, NJ 08540** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Joshua Tours Limited Liability Company** | | Case number (*if known*)   **26-14194** |
|---|---|---|---|
| | First Name       Middle Name       Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Bergen County Region V Council
For Special Education
220 Jefferson Avenue
Township of Washington, NJ 07676**

---

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Boys and Girls Club of Passaic & Paterso
264 21st Avenue
Paterson, NJ 07501**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Cliffside Park School District
64 Riverview Ave
Cliffside Park, NJ 07010**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Drug and Alcohol Testing**

State the term remaining

List the contract number of any government contract

**Dafeldecker Associates, LLC
PO Box 603
Toms River, NJ 08753**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Elmwood Park Public Schools
60 East 53rd Street
Elmwood Park, NJ 07407**

Debtor 1 **Joshua Tours Limited Liability Company**                     Case number *(if known)*  **26-14194**
_____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Student Transportation Contract** | |
|---|---|---|---|
| | State the term remaining | | **Essex Regional Educational Services Comm**<br>**333 Fairfield Road**<br>**Fairfield, NJ 07004** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability (189 Central property)** | |
|---|---|---|---|
| | State the term remaining | | **Evanston Insurance Company**<br>**10275 West Higgins Road, St 750**<br>**Des Plaines, IL 60018** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Transportation Contract** | |
|---|---|---|---|
| | State the term remaining | | **First Student, Inc.**<br>**191 Rosa Parks Street, 8th Floor**<br>**Cincinnati, OH 45202** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Student Transportation Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hackensack School District**<br>**135 1st Street**<br>**Hackensack, NJ 07601** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability (183 Autumn property)** | |
|---|---|---|---|
| | State the term remaining | **through March 4, 2027** | **Hanover Atlantic Insurance Co., Ltd.**<br>**440 Lincoln Street**<br>**Worcester, MA 01653** |
| | List the contract number of any government contract | | |

Debtor 1   **Joshua Tours Limited Liability Company**                    Case number (*if known*)   **26-14194**
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Financing** | |
| State the term remaining | **IPFS Corporation**<br>**3522 Thomasville Road, St 400**<br>**Tallahassee, FL 32309** |
| List the contract number of any government contract | |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract** | |
| State the term remaining | **Lodi School District**<br>**8 Hunter Street**<br>**Lodi, NJ 07644** |
| List the contract number of any government contract | |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract** | |
| State the term remaining | **Morris County Educational Services Commi**<br>**PO Box 1944**<br>**Morristown, NJ 07962** |
| List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Commerical Automobile** | |
| State the term remaining — **through September 1, 2026** | **New York Marine and General Insurance Co**<br>**107 Greenwich Street, 16th Fl**<br>**New York, NY 10006** |
| List the contract number of any government contract | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial General Liability (with Cyber Suite Endorsement)** | |
| State the term remaining — **through September 1, 2026** | **New York Marine and General Insurance Co**<br>**107 Greenwich Street, 16th Fl**<br>**New York, NY 10006** |
| List the contract number of any government contract | |

Debtor 1  **Joshua Tours Limited Liability Company**                     Case number *(if known)*  **26-14194**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Northern Regional Educational Services C
82 Totowa Road
Wayne, NJ 07470**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Northwest Bergen Council for Special
Education - Region 1
60 Ridge Road
Mahwah, NJ 07430**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Pascack Valley Council for Special
Education - Region II
225 West Grand Avenue
Montvale, NJ 07645**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Passaic Board of Education
663 Main Avenue, 11th Fl
PO Box 388
Passaic, NJ 07055**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Paterson Public Schools
90 Delaware Avenue
Paterson, NJ 07503**

---

Debtor 1   **Joshua Tours Limited Liability Company**                    Case number (*if known*)   **26-14194**

  First Name         Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Ridgewood Public Schools**
**627 E. Ridgewood Avenue**
**Ridgewood, NJ 07450**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Saddle Brook Public Schools**
**355 Mayhill St. #1**
**Saddle Brook, NJ 07663**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**South Bergen Jointure Commission**
**696 Route 46 West**
**Teterboro, NJ 07608**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Property Insurance (183 Autumn property)**

State the term remaining

List the contract number of any government contract

**Starr Surplus Lines Insurance Co.**
**399 Park Avenue**
**New York, NY 10022**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Student Transportation Contract**

State the term remaining

List the contract number of any government contract

**Sussex County Regional Cooperative**
**PO Box 1029**
**Hopatcong, NJ 07843**

| Debtor 1 | **Joshua Tours Limited Liability Company** | | Case number (*if known*) | **26-14194** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Whole Life Insurance (Key Person)** | |
|---|---|---|---|
| | State the term remaining | **19 Years** | **The Guardian Life Insurance Co of Americ** |
| | List the contract number of any government contract | | **10 Hudson yards** |
| | | | **New York, NY 10001** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Student Transportation Contract** | |
|---|---|---|---|
| | State the term remaining | | **The Office of Special Education** |
| | List the contract number of any government contract | | **Region III** |
| | | | **162 Knickerbocker Road** |
| | | | **Demarest, NJ 07627** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Student Transportation Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wallington School District** |
| | | | **234 Main Avenue** |
| | | | **Wallington, NJ 07057** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Joshua Tours Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **26-14194** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **183 Autumn Passaic LLC** | **183 Autumn Street Passaic, NJ 07055** | **Wells Fargo Equipment Finance, Inc.** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **189 Central Passaic LLC** | **189 Central Street Passaic, NJ 07055** | **Wells Fargo Equipment Finance, Inc.** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Argimedes Almonte** | **183 Autumn Street Passaic, NJ 07055** | **Maurice Wilson** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.4 | **Chrystal Transportation Limited Liabilit** | **204 Myrtle Avenue Passaic, NJ 07055** | **The Huntington National Bank** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Doraliza Navarro** | **204 Myrtle Avenue Passaic, NJ 07055** | **Ameris Bank** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

Debtor   **Joshua Tours Limited Liability Company**                     Case number *(if known)*   **26-14194**

| | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | Codebtor | Address | Creditor | D / E-F / G |
|---|---|---|---|---|---|
| 2.6 | **Doraliza Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **U.S. Small Business Administration** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Doraliza Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **Wells Fargo Equipment Finance, Inc.** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Doraliza Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **Borrowers Heaven.com LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.9 | **Doraliza Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **The Huntington National Bank** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Francisco M. Torrejaimes** | 67 Mount Pleasant Avenue<br>Little Falls, NJ 07424 | **Ali Newaj** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.11 | **Henry Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **U.S. Small Business Administration** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Henry Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **Wells Fargo Equipment Finance, Inc.** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Henry Navarro** | 204 Myrtle Avenue<br>Passaic, NJ 07055 | **Borrowers Heaven.com LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

| Debtor | **Joshua Tours Limited Liability Company** | Case number *(if known)* | **26-14194** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Henry Navarro** | **204 Myrtle Avenue**<br>**Passaic, NJ 07055** | **The Huntington National Bank** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Henry Navarro** | **204 Myrtle Avenue**<br>**Passaic, NJ 07055** | **Plumeria Accord Holdings, LLC** | ☐ D ____<br>■ E/F __3.23__<br>☐ G ____ |
| 2.16 | **Leonilda Navarro** | **204 Myrtle Avenue**<br>**Passaic, NJ 07055** | **Rosemeli Arroyo Almonte** | ☐ D ____<br>■ E/F __3.25__<br>☐ G ____ |
| 2.17 | **Leonilda Navarro** | **204 Myrtle Avenue**<br>**Passaic, NJ 07055** | **Progressive Garden State Insurance** | ☐ D ____<br>■ E/F __3.24__<br>☐ G ____ |
| 2.18 | **Sandy Navarro Castillo** | **204 Myrtle Avenue**<br>**Passaic, NJ 07055** | **Felix Colon** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   **Joshua Tours Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **26-14194**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,251,688.24** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$10,352,685.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$11,840,297.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **Joshua Tours Limited Liability Company**                    Case number *(if known)* **26-14194**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **183 Autumn Passaic LLC**<br>**183 Autumn Street**<br>**Passaic, NJ 07055** | **2/2/26,**<br>**3/2/26, 4/1/26** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.2. **189 Central Passaic LLC**<br>**189 Central Street**<br>**Passaic, NJ 07055** | **2/2/26,**<br>**3/2/26,**<br>**4/1/26, 4/9/26** | **$85,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Rent** |
| 3.3. **AmTrust North America Inc.**<br>**800 Superior Ave E., 20th Fl.**<br>**Cleveland, OH 44114** | **3/10/26,**<br>**4/8/26** | **$114,557.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Workers Compensation** |
| 3.4. **Balboa Capital**<br>**Attn: Jay Leal**<br>**575 Anton Blvd, Suite 1080**<br>**Costa Mesa, CA 92626** | **4/14/26** | **$8,588.85** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Fuel 5**<br>**1045 Main Avenue**<br>**Clifton, NJ 07011** | **1/16/26,**<br>**1/20/26,**<br>**2/26/26,**<br>**2/27/26,**<br>**3/12/26,**<br>**3/17/26,**<br>**4/10/26** | **$210,974.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Higuey Motors Service & Tire Shop**<br>**308 Grand St.**<br>**Paterson, NJ 07501** | **1/21/26,**<br>**2/9/26,**<br>**2/10/26,**<br>**4/2/26** | **$17,234.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **IPFS Corporation**<br>**3522 Thomasville Road, St 400**<br>**Tallahassee, FL 32309** | **1/28/26,**<br>**1/31/26,**<br>**2/10/26,**<br>**2/28/26,**<br>**3/10/26,**<br>**3/31/26,**<br>**4/8/26** | **$16,774.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance Financing** |
| 3.8. **Javi Refacciones**<br>**100 Summer Street**<br>**Passaic, NJ 07055** | **1/23/26,**<br>**3/3/26,**<br>**3/27/26,**<br>**4/10/26** | **$15,020.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Joshua Tours Limited Liability Company**   Case number *(if known)* **26-14194**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **New York Marine and General Insurance Co** **107 Greenwich Street, 16th Fl** **New York, NY 10006** | **1/31/26, 2/28/26, 3/31/26** | **$331,952.43** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Insurance Premiums** |
| 3.10. | **NJ E-ZPass** **P.O. Box 4971** **Trenton, NJ 08650** | **1/31/26, 2/11/26, 2/28/26, 3/31/26** | **$14,335.07** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Toll Payments** |
| 3.11. | **NJ Motor Vehicle Commission** **225 East State Street** **Trenton, NJ 08666** | **1/27/26, 1/28/26, 1/29/26, 2/2/26, 3/1/26, 3/2/26, 3/25/26, 3/26/26, 4/2/26, 4/10/26** | **$14,129.39** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Registration Fees** |
| 3.12. | **Porzio, Bromberg & Newman, P.C.** **5 Sylvan Way, Suite 110** **Parsippany, NJ 07054** | **3/6/26, 3/23/26, 4/7/26, 4/15/26** | **$111,965.71** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Fees** |
| 3.13. | **San Filippo & Associates** **1253 Springfield Avenue #312** **New Providence, NJ 07974** | **4/14/26** | **$38,632.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Professional Fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Debtor   **Joshua Tours Limited Liability Company**    Case number *(if known)* **26-14194**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Balboa Capital**<br>**Attn: Jay Leal**<br>**575 Anton Blvd., Suite 1080**<br>**Costa Mesa, CA 92626** | **Vehicles** | **2025** | **Unknown** |
| **Ascentium Capital**<br>**Attn: Stephanie Eiland**<br>**23970 Highway 59 North**<br>**Kingwood, TX 77339-1535** | **Vehicles** | **2025** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ALI NEWAJ v. FRANCISCO M TORRESJAIMES, JOSHUA TOURS LLC, ET AL.**<br>**PAS-L-000005-26** | **Auto Negligence-Personal Injury (Non-Verbal Threshold)** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **AMERIS BANK v. JOSHUA TOURS LIMITED LIABILITY, ET AL**<br>**25-cv-01027-JWH-KES** | **Diversity-Breach of Contract** | **USDC, Central District of California**<br>**Ronald Reagan Federal Building**<br>**411 W. 4th Street, Rm 1053**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **BORROWERS HEAVEN.COM LLC v. JOSHUA TOURS LIMITED LIABILITY, ET AL.**<br>**MID-L-004119-25** | **Book Account (Debt Collection Matters Only)** | **Middlesex County Superior Court**<br>**56 Paterson Street**<br>**New Brunswick, NJ 08903-0096** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **FELIX COLON v. SANDY NAVARRO CASTILLO, ET AL.**<br>**PAS-L-000621-25** | **Auto Negligence-Personal Injury (Verbal Threshold)** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **LISSETTE MEDINA G/A/L OF RAFAEL COLON v. KENIA S. BAEZ VALDEZ, ET AL.**<br>**ESX-L-009119-25** | **Auto Negligence-Personal Injury (Non-Verbal Threshold)** | **Essex County Veterans Courthouse**<br>**50 W. Market Street**<br>**Suite/Room 131**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Joshua Tours Limited Liability Company**                    Case number *(if known)* **26-14194**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **LOUIS FOX v. JERSEY KIDS TRANSPORTATION INC., ET AL.**<br>**PAS-L-002982-24** | **Auto Negligence-Personal Injury (Non-Verbal Threshold)** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **PLUMERIA ACCORD HOLDINGS, LLC v. JOSHUA TOURS, LLC ET AL.**<br>**CIVIL NO. 259912769** | **CONTRACT** | **Third Judicial District Court (Salt Lake Matheson Courthouse**<br>**450 South State St.**<br>**Salt Lake City, UT 84114-1860** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **PROGRESSIVE GARDEN STATE INSURANCE COMPANY, ET AL. v. JUAN MOSCOSOROSARIO, ET AL.**<br>**PAS-L-002088-25** | **Auto Negligence-Personal Injury (Non-Verbal Threshold)** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **PROGRESSIVE GARDEN STATE INSURANCE COMPANY, ET AL. v. LEONILDA NAVARRO, ET AL.**<br>**PAS-L-002811-25** | **Auto Negligence-Property Damage** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **ROSEMELI ARROYO ALMONTE v. JOSHUA TOURS, LLC, ET AL.**<br>**PAS-L-003960-25** | **Auto Negligence-Personal Injury (Verbal Threshold)** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **THE HUNTINGTON NATIONAL BANK v. JOSHUA TOURS LIMITED LIABILITY COMPANY, ET AL.**<br>**PAS-L-002935-25** | **Contract/Commercial Transaction** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **VERDANT COMMERCIAL CAPITAL, LLC VS JOSHUA TOURS LIMITED LIABILITY COMPANY, ET AL.**<br>**PAS-L-001135-26** | **Contract/Commercial Transaction** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **WELLS FARGO EQUIPMENT FINANCE, INC., v. JOSHUA TOURS LIMITED LIABILITY COMPANY, ET AL.**<br>**PAS-L-002126-25** | **Contract/Commercial Transaction** | **Passaic County Superior Court**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor **Joshua Tours Limited Liability Company**          Case number *(if known)* **26-14194**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Porzio, Bromberg & Newman, P.C.**<br>**5 Sylvan Way**<br>**Parsippany, NJ 07054** | | **04/07/2026** | **$100,000.00** |
| | Email or website address<br>**www.pbnlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **San Filippo & Associates**<br>**1253 Springfield Avenue #312**<br>**New Providence, NJ 07974** | | **04/07/2026** | **$65,000.00** |
| | Email or website address<br>**sasanfilippo@icloud.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor   **Joshua Tours Limited Liability Company**                              Case number *(if known)*  **26-14194**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **204 Myrtle Avenue** **Passaic, NJ 07055** | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Joshua Tours Limited Liability Company**                           Case number *(if known)* **26-14194**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Joshua Tours Limited Liability Company**                    Case number *(if known)* **26-14194**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Timothy Piotrowski, CPA** **Petrucelli, Piotrowski & Co., Inc.** **263 Main Street** **Woodbridge, NJ 07095** | **2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **9**

Debtor   **Joshua Tours Limited Liability Company**                                    Case number (if known) **26-14194**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Henry Navarro** | **204 Myrtle Avenue Passaic, NJ 07055** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Doraliza Navarro** | **204 Myrtle Avenue Passaic, NJ 07055** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | 1,080.00 | 04/25/2025 | Payroll |
| | | 600.00 | 05/09/2025 | Payroll |
| | | 1,200.00 | 05/23/2025 | Payroll |
| | | 1,080.00 | 06/06/2025 | Payroll |
| | | 1,200.00 | 06/20/2025 | Payroll |
| | | 960.00 | 07/03/2025 | Payroll |
| | | 200.00 | 07/09/2025 | Bonus |
| | | 360.00 | 07/18/2025 | Payroll |
| | | 360.00 | 09/12/2025 | Payroll |
| | | 1,320.00 | 09/26/2025 | Payroll |
| | | 960.00 | 10/10/2025 | Payroll |
| | | 1,440.00 | 10/24/2025 | Payroll |
| | | 1,140.00 | 11/07/2025 | Payroll |
| | | 960.00 | 11/21/2025 | Payroll |
| | | 1,050.00 | 12/05/2025 | Payroll |
| | | 1,395.00 | 12/19/2025 | Payroll |
| | | 930.00 | 01/02/2026 | Payroll |
| | | 660.00 | 01/16/2026 | Payroll |
| | | 1,140.00 | 01/30/2026 | Payroll |
| | | 960.00 | 02/13/2026 | Payroll |
| | | 1,110.00 | 02/27/2026 | Payroll |
| | **Abraham Hernandez-Arvelo** | 1,050.00 | 03/13/2026 | Payroll |
| | **180 Gregory Ave., Apt. 304** | 1,380.00 | 03/27/2026 | Payroll |
| | **Passaic, NJ 07055** | 1,170.00 | 04/10/2026 | Payroll |

| Relationship to debtor |
|---|
| **Insider** |

Debtor   **Joshua Tours Limited Liability Company**                    Case number *(if known)* **26-14194**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | 2,000.00 | 04/25/2025 | Payroll |
| | | 4,000.00 | 04/30/2025 | Distribution |
| | | 2,000.00 | 05/09/2025 | Payroll |
| | | 2,000.00 | 05/23/2025 | Payroll |
| | | 2,000.00 | 06/06/2025 | Payroll |
| | | 2,000.00 | 06/20/2025 | Payroll |
| | | 2,000.00 | 07/03/2025 | Payroll |
| | | 2,000.00 | 07/18/2025 | Payroll |
| | | 2,000.00 | 08/01/2025 | Payroll |
| | | 2,000.00 | 08/15/2025 | Payroll |
| | | 2,000.00 | 08/29/2025 | Payroll |
| | | 2,000.00 | 09/12/2025 | Payroll |
| | | 2,000.00 | 09/26/2025 | Payroll |
| | | 2,929.55 | 10/04/2025 | Distribution |
| | | 2,000.00 | 10/10/2025 | Payroll |
| | | 2,000.00 | 10/24/2025 | Payroll |
| | | 2,000.00 | 11/07/2025 | Payroll |
| | | 2,000.00 | 11/21/2025 | Payroll |
| | | 2,000.00 | 12/05/2025 | Payroll |
| | | 2,000.00 | 12/19/2025 | Payroll |
| | | 2,000.00 | 01/02/2026 | Payroll |
| | | 2,000.00 | 01/16/2026 | Payroll |
| | | 2,000.00 | 01/30/2026 | Payroll |
| | | 2,000.00 | 02/13/2026 | Payroll |
| | | 1,800.00 | 02/17/2026 | Distribution |
| | | 2,000.00 | 02/27/2026 | Payroll |
| | **Doraliza Navarro** | 2,000.00 | 03/13/2026 | Payroll |
| | **204 Myrtle Avenue** | 2,000.00 | 03/27/2026 | Payroll |
| | **Passaic, NJ 07055** | 2,000.00 | 04/10/2026 | Payroll |

**Relationship to debtor**
**Member**

---

Debtor    **Joshua Tours Limited Liability Company**                    Case number *(if known)* **26-14194**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | 4,000.00 | 04/25/2025 | Payroll |
| | | 2,887.02 | 05/06/2025 | Distribution |
| | | 4,000.00 | 05/09/2025 | Payroll |
| | | 4,000.00 | 05/23/2025 | Payroll |
| | | 4,000.00 | 06/06/2025 | Payroll |
| | | 4,000.00 | 06/20/2025 | Payroll |
| | | 4,000.00 | 07/03/2025 | Payroll |
| | | 4,453.83 | 07/10/2025 | Distribution |
| | | 4,000.00 | 07/18/2025 | Payroll |
| | | 4,000.00 | 08/01/2025 | Payroll |
| | | 4,000.00 | 08/15/2025 | Payroll |
| | | 4,000.00 | 08/29/2025 | Payroll |
| | | 4,000.00 | 09/12/2025 | Payroll |
| | | 4,000.00 | 09/26/2025 | Payroll |
| | | 2,929.55 | 10/04/2025 | Distribution |
| | | 4,000.00 | 10/10/2025 | Payroll |
| | | 4,000.00 | 10/24/2025 | Payroll |
| | | 4,000.00 | 11/07/2025 | Payroll |
| | | 4,000.00 | 11/21/2025 | Payroll |
| | | 4,000.00 | 12/05/2025 | Payroll |
| | | 4,000.00 | 12/19/2025 | Payroll |
| | | 4,000.00 | 01/02/2026 | Payroll |
| | | 4,000.00 | 01/16/2026 | Payroll |
| | | 4,000.00 | 01/30/2026 | Payroll |
| | | 4,000.00 | 02/13/2026 | Payroll |
| | | 4,000.00 | 02/27/2026 | Payroll |
| | **Henry Navarro** | 4,000.00 | 03/13/2026 | Payroll |
| | **204 Myrtle Avenue** | 4,000.00 | 03/27/2026 | Payroll |
| | **Passaic, NJ 07055** | 4,000.00 | 04/10/2026 | Payroll |

**Relationship to debtor**
**Member**

Debtor   **Joshua Tours Limited Liability Company**          Case number *(if known)* **26-14194**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | | 1,080.00 | 04/25/2025 | Payroll |
| | | 600.00 | 05/09/2025 | Payroll |
| | | 1,200.00 | 05/23/2025 | Payroll |
| | | 1,080.00 | 06/06/2025 | Payroll |
| | | 1,200.00 | 06/20/2025 | Payroll |
| | | 840.00 | 07/03/2025 | Payroll |
| | | 200.00 | 07/09/2025 | Bonus |
| | | 720.00 | 07/18/2025 | Payroll |
| | | 1,200.00 | 08/01/2025 | Payroll |
| | | 1,200.00 | 08/15/2025 | Payroll |
| | | 420.00 | 08/29/2025 | Payroll |
| | | 270.00 | 09/12/2025 | Payroll |
| | | 2,130.00 | 09/26/2025 | Payroll |
| | | 2,340.00 | 10/10/2025 | Payroll |
| | | 2,520.00 | 10/24/2025 | Payroll |
| | | 2,640.00 | 11/07/2025 | Payroll |
| | | 1,950.00 | 11/21/2025 | Payroll |
| | | 2,160.00 | 12/05/2025 | Payroll |
| | | 2,760.00 | 12/19/2025 | Payroll |
| | | 1,890.00 | 01/02/2026 | Payroll |
| | | 1,350.00 | 01/16/2026 | Payroll |
| | | 1,830.00 | 01/30/2026 | Payroll |
| | | 1,080.00 | 02/13/2026 | Payroll |
| | | 900.00 | 02/27/2026 | Payroll |
| | **Melany Ramos** | 960.00 | 03/13/2026 | Payroll |
| | **119 Blaine Street, Apt A** | 1,080.00 | 03/27/2026 | Payroll |
| | **Passaic, NJ 07055** | 600.00 | 04/10/2026 | Payroll |
| | **Relationship to debtor** **Insider** | | | |
| 30.5. | | 1,455.60 | 04/25/2025 | Payroll |
| | | 1,907.40 | 05/09/2025 | Payroll |
| | | 1,997.40 | 05/23/2025 | Payroll |
| | | 1,914.90 | 06/06/2025 | Payroll |
| | | 2,432.40 | 06/20/2025 | Payroll |
| | | 870.00 | 07/03/2025 | Payroll |
| | | 200.00 | 07/09/2025 | Bonus |
| | | 572.40 | 08/01/2025 | Payroll |
| | | 367.50 | 08/15/2025 | Payroll |
| | | 420.00 | 09/12/2025 | Payroll |
| | | 2,102.40 | 09/26/2025 | Payroll |
| | | 980.10 | 10/10/2025 | Payroll |
| | | 60.00 | 10/10/2025 | Payroll |
| | | 1,755.00 | 10/24/2025 | Payroll |
| | | 1,187.40 | 11/07/2025 | Payroll |
| | | 1,852.50 | 11/21/2025 | Payroll |
| | | 1,152.60 | 12/05/2025 | Payroll |
| | | 1,986.00 | 12/19/2025 | Payroll |
| | | 840.00 | 01/02/2026 | Payroll |
| | | 1,728.00 | 01/16/2026 | Payroll |
| | | 1,807.50 | 01/30/2026 | Payroll |
| | | 1,260.00 | 02/13/2026 | Payroll |
| | | 1,020.00 | 02/27/2026 | Payroll |
| | **Sandy Navarro Castillo** | 1,020.00 | 03/13/2026 | Payroll |
| | **204 Myrtle Avenue** | 1,320.00 | 03/27/2026 | Payroll |
| | **Passaic, NJ 07055** | 1,012.50 | 04/10/2026 | Payroll |
| | **Relationship to debtor** **Insider** | | | |

Debtor   **Joshua Tours Limited Liability Company**                   Case number *(if known)* **26-14194**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/15/2026**

 */s/ Steven A. San Filippo*                          **Steven A. San Filippo**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey

In re   **Joshua Tours Limited Liability Company**                                    Case No.   **26-14194**

Debtor(s)                                                                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**During the one yea prior to the Petition Date, Porzio was paid $100,000.00 for bankruptcy related services.  Porzio waived over $82,000.00 in fees as of the Petition Date.**

2.   The source of the compensation paid to me was:

☑ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [List other services that counsel has agreed to provide]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**05/15/2026**                                            */s/ Brett S. Moore*

*Date*                                                       **Brett S. Moore**
                                                            *Signature of Attorney*
                                                            **Porzio, Bromberg & Newman, P.C.**
                                                            **5 Sylvan Way, Suite 110**
                                                            **Parsippany, NJ 07054**
                                                            **212.265.6888  Fax: 212.957.3983**
                                                            **Bsmoore@pbnlaw.com**
                                                            *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re   **Joshua Tours Limited Liability Company**

Debtor(s)

Case No.   **26-14194**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Doraliza Navarro**<br>**204 Myrtle Avenue**<br>**Passaic, NJ 07055** | | **50%** | **Membership Interest** |
| **Henry Navarro**<br>**204 Myrtle Avenue**<br>**Passaic, NJ 07055** | | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **05/15/2026**

*/s/ Steven A. San Filippo*
**Steven A. San Filippo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders