Order Filed on September 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**PORZIO, BROMBERG & NEWMAN, P.C.**
5 Sylvan Way
P.O. Box 218
Parsippany, New Jersey 07054
(973) 538-4006
(973) 538-5146 Facsimile
Brett S. Moore, Esq. (bsmoore@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)

*Counsel to Debtor and Debtor-In-Possession*

In re:

JOSHUA TOURS LIMITED LIABILITY COMPANY,[1]

Debtor.

Chapter: 11

Case No.: 26-14194 (MEH)

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIOD FOR TIME TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THEREOF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: September 16, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number is: Joshua Tours Limited Liability Company (9686). The location of the Debtor's service address is: 183 Autumn Street, Passaic, NJ 07055.

Upon consideration of the motion (the "Motion")[2] of the debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for entry of an order Extending the Exclusive Period for Time to File a Chapter 11 Plan and Solicit Acceptance Thereof, pursuant to section 1121(d) of the Bankruptcy Code and Bankruptcy Rule 9006; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and that such relief is in the best interests of the Debtor, its estate, its creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Debtor's Exclusive Filing Period is hereby extended through and including November 11, 2026.

3. The Debtor's Exclusive Solicitation Period is hereby extended through and including January 11, 2027.

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

4. The entry of this Order shall be without prejudice to the rights of the Debtor to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5. Notice of the Motion is adequate, and the notice requirements of Bankruptcy Rules 9014 and 4001 and the local bankruptcy rules for the District of New Jersey (the "Local Rules") are satisfied by such notice.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

7. The Debtor is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.